UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60075-CR-Singhal/Snow

18 U.S.C. §§ 2252(a)(1) & (b)(1)
18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)

UNITED STATES OF AMERICA

v.

PAUL KADRI,

       Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Transportation of child pornography**
(18 U.S.C. §§ 2252(a)(1) & (b)(1))

On or about September 20, 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**PAUL KADRI,**

did knowingly transport a visual depiction, using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1).

## COUNT 2
### Possession of Child Pornography
### (18 U.S.C. § 2252(a)(4)(B) & (b)(2))

On or about September 20, 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**PAUL KADRI,**

did knowingly possess matter which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that this violation involved a visual depiction of a prepubescent minor or a minor who had not attained twelve (12) years of age.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **PAUL KADRI**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

   a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other

matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

    3.    The property subject to forfeiture as a result of the alleged offense includes, but is not limited to, one (1) SanDisk 3.2 Gen Thumb Drive bearing serial number 09010B69E7770C3D58CBBA.

All pursuant to Title 18, United States Code, Section 2253(a) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
JODI ANTON
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

PAUL KADRI,

_____/

CASE NO.: 22-60075-CR-Singhal/Snow

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s) (Yes or No) No
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
☐ Miami    ☐ Key West    ☐ FTP
☑ FTL      ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take  3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    ☑ 0 to  5 days                 ☐ Petty
   II   ☐ 6 to 10 days                 ☐ Minor
   III  ☐ 11 to 20 days                ☐ Misdemeanor
   IV   ☐ 21 to 60 days                ☑ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                    Case No.
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                    Case No.
9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the              District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
JODI ANTON
Assistant United States Attorney
Court ID No.    A5501753

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: PAUL KADRI

Case No: 22-60075-CR-Singhal/Snow

Count #: 1

Transportation of Child Pornography

18 U.S.C. §§ 2252(a)(1) & (b)(1)

* Max. Penalty: 20 years' imprisonment with a minimum mandatory term of 5 years' imprisonment; a term of supervised release of at least 5 years' and up to a maximum term of life; $250,000 fine

Count #: 2

Possession of Child Pornography

18 U.S.C. § 2252(a)(4)(B) & (b)(2)

*Max. Penalty: 20 years' imprisonment; a term of supervised release of at least 5 years' and up to a maximum term of life; $250,000 fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.