UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**
U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (203-D)

| | |
|---|---|
| DEFT: PAUL KADRI (J)# | CASE NO: 22-60075-CR-SINGHAL |
| AUSA: JODI ANTON (L. LAVECCHIO) | ATTY: ROBERT MALOVE (TEMPORARY) |
| USPO: | VIOL: 18:U.S.C.§ 2252 |
| PROCEEDING: INITIAL APPEARANCE AND ARRAIGNMENT | RECOMMENDED BOND: |
| BOND/PTD HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

- ❏ All standard conditions
- ❏ Do not encumber property.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Electronic Monitoring:
- ❏ Travel extended to:
- ❏ Other:

**DEFENDANT PRESENT IN COURT**

**ADVISED OF CHARGES**

**ATTORNEY LINDSEY CHASE STANDING IN FOR ATTORNEY MALOVE.**

**GOVERNMENT RECOMMENDS DETENTION REQUESTING THREE DAYS. AGENT NOT AVAILABLE FOR MONDAY**

****TIME FROM TODAY 4/22/2022 THROUGH 4/27/2022 IS EXCLUDED UNDER SPEEDY TRIAL ACT ****

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | WEDNESDAY APRIL 27 2022 AT 10 AM DUTY MAGISTRATE | | | |
| **PTD**/BOND HEARING: | WEDNESDAY APRIL 27 2022 AT 10 AM DUTY MAGISTRATE | | | |
| **ARRAIGN** OR REMOVAL: | WEDNESDAY APRIL 27 2022 AT 10 AM DUTY MAGISTRATE | | | |
| **PRELIM/EXAM HRG** | | | | |

4/21/22   TIME: 11:00 AM   FTL/TAPE/# JMS-   Begin DAR:

[15 MINUTES] *** 203-D JUDGE SNOW'S COURTROOM**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR: 11:49:01-11:54:40

7