# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Courtroom 310                                         Date: 4/27/2022     Time: 10:00am

Defendant: Paul Kadri(J)          J#: 97287-509    Case #: 22-Cr-60075-AHS
AUSA: Jodi Anton                              Attorney: Robert Malove, ESQ
Violation: Possession of Child Pornography' Transportation of Child Pornography
Proceeding: RRC/Detention Hearing/Arraignment    CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: Detention
Bond Set at:                                  Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition: Defendant present. Government proceeds by way of proffer. Special Agent Vanessa Jude, Homeland Security, sworn and testified. For the reasons stated on the record the Court finds the Government has met burden and orders the defendant detained pending trial on Risk of Flight & Danger.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:                        * Brady Rule 5F order entered.
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:10:55                          Time in Court: 1 hour 10 mins.

CHECK IF APPLICABLE: ____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..