UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CR-60075-SINGHAL

UNITED STATES OF AMERICA,
    *Plaintiff*,

v.

PAUL KADRI,
    *Defendant*.
_____/

## MOTION FOR LEAVE OF COURT TO WITHDRAW ATTORNEY'S APPEARANCE

1. COMES NOW the Defendant, PAUL KADRI, by and through undersigned counsel, pursuant to Southern District of Florida Local Rule 7.1(a)(1)(F) & Local Rule 11.1(d)(3)(A), and files this motion for leave of court to withdraw attorney Robert David Malove's appearance as attorney of record and respectfully requests this honorable Court to enter an order granting this motion for the undersigned counsel to be withdrawn as counsel of record and be relieved from further representation in this case, and states:

2. Local Rule 7.1 Motions, General

    (a) Filing.

        (1) Every motion when filed and served shall incorporate a memorandum of law citing supporting authorities, except that the following motions need not incorporate a memorandum: […] (F) motion to withdraw or substitute counsel;

3. Local Rule 11.1(d)(3)(A), states:

> (3) Withdrawal of appearance. (A) Except as provided by subpart (B) herein, <u>no attorney shall withdraw the attorney's appearance in any action or proceeding except by leave of Court</u> after notice served on the attorney's client and opposing counsel. A motion to withdraw shall include a current mailing address for the attorney's client or the client's new or remaining counsel.

4. Rule 2.505(f)(1), *Fla. R. Jud. Admin.*, states:

(f) Termination of Appearance of Attorney. The appearance of an attorney for a party in a proceeding shall terminate only in one of the following ways:

> (1) Withdrawal of Attorney. By order of court, where the proceeding is continuing, upon motion and hearing, on notice to all parties and the client, such motion setting forth the reasons for withdrawal and the client's last known address, telephone number, including area code, and email address.

The Defendant has discharged the undersigned and no longer wants the undersigned to represent him in this matter.

In accordance with the above-referenced Local Rules and Rules Regulating the Florida Bar, the undersigned counsel has informed the government of the intended filing of this motion. The government has no objection. A copy of this motion has been delivered to AUSA Jodi Anton via CM/ECF and by email, jodi.anton@usdoj.gov.

The undersigned counsel has served a copy of this motion on the Defendant by delivering it to him in person at Broward Sheriff's Office, North Broward Bureau 1550 NW 30th Avenue, Pompano Beach, FL 33069.

WHEREFORE, this honorable Court to enter an order granting this motion for the undersigned counsel to be withdrawn as counsel of record and be relieved from further representation in this case.

Respectfully submitted,

The Law Office of
ROBERT DAVID MALOVE, P.A.
The Malove Law Building
200 SE 9th Street
Fort Lauderdale, Florida 33316
Telephone: (954) 861-0384
e-filing@robertmalovelaw.com

By: */s/ Robert David Malove*
Robert David Malove, Esq.
FL. Bar No.: 407283

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document was electronically filed with this Court's CM/ECF filing system on May 20, 2022, and that all parties were effectively served thereby.

*/s/ Robert David Malove*
Robert David Malove, Esq.