SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE RAAG SINGHAL

DEFENDANT: Paul Kador  CASE NO. 22-60075-CR-Singhal
Deputy Clerk: Valarie Thompkins  Court Reporter: Karl Shires  DATE: 1-5-2023
USPO: Rebecca Hill  AUSA: Jodi Anton  Deft's Counsel: Robert Berube, Allari Domingo
(for) Cherie Audette

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.  ___ Sentencing cont'd until _____

JUDGMENT AND SENTENCE

Imprisonment     Years     Months 60     Counts I

Supervised Release: Life as to Count I

✓ Court advised the Defendant of his/her right to appeal    Restitution Hearing set for _____

Government's ore tenus motion to dismiss remaining counts are hereby _____

Assessment $ 100.00/Ct     Fine $ 0     Restitution $ 3-16-2023 At 2:00 pm

___ Data Encryption  ___ Permissible Computer Examination  ___ Computer Modem Restriction
___ Computer Possession Restriction  ___ Employer Computer Restriction Disclosure
X No Contact with Minors  X No Contact with Minors in Employment  X Sex Offender Treatment
X No Involvement Youth Organization  X Sex Offender Registration  X Adam Walsh Act Search
___ Offense Related Computer Restriction  X Restricted Possession of Sexual Materials
___ Permissible Computer Examination  ___ Permissible National Business Travel  X No New Debt
___ Anger Control/Domestic Violence  ___ Community Service  ___ Related Concern Restriction
___ Mental Health Treatment  ___ Substance Abuse Treatment  ___ Related Concern Restriction
___ Employment Requirement  ___ Cooperating IRS  ___ Association Restriction  X Forfeiture
___ Self-Employment Restriction  ___ Computer Activity Record Keeping Requirement
___ Disclosure of Telephone Records  ___ Employment Solicitation Restriction  X Financial Disclosure
___ Location Monitoring Program  ___ Relinquishment of Licensure  ___ Residential Reentry Center
___ Surrender for Removal After Imprisonment  ___ Cooperating Immigration Removal Proceedings
___ Treatment for Gambling  X Unpaid Restitution, fines, special assessments  ___ Permissible Search

CUSTODY

✓ Remanded to the Custody of the U.S. Marshal Service  ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U.S. Marshal Service) on ___/___/___

Commitment Recommendation: RDAP, Medical Facility