UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-60075-AHS

UNITED STATES OF AMERICA,

v.

PAUL KADRI,

            Defendant.
_____/

## UNITED STATES' MOTION TO CANCEL RESTITUTION HEARING

The United States of America, through the Undersigned Assistant United States Attorney, hereby files this Motion to Cancel Restitution Hearing scheduled March 16, 2023. The United States is hereby formally and unequivocally advising the Court that it is not seeking restitution in this matter. The undersigned United States Attorney has conferred with defense counsel and has advised of the Government's position. Defense counsel has no objection to the United States' request to cancel the scheduled hearing.

WHEREFORE, the undersigned requests that the restitution hearing scheduled in this matter be cancelled.

            Respectfully submitted,

            JUAN ANTONIO GONZALEZ
            UNITED STATES ATTORNEY

        By:   s/ Jodi Anton
            Jodi Anton
            Assistant United States Attorney
            Florida Bar No. 184098
            500 East Broward Boulevard, Suite 700
            Fort Lauderdale, FL 33394
            Tel: (954) 660-5688
            Fax: (954) 356-7336
            Email: Jodi.anton@usdoj.gov