UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-60075-AHS

UNITED STATES OF AMERICA

v.

PAUL KADRI,

Defendant.
_____/

## GOVERNMENT'S EMERGENCY MOTION TO SEAL [DE 40], [DE 41], [DE 42] AND [DE 43]

The United States of America (the "Government") hereby moves for an order requesting the Court to seal docket entry numbers 40, 41, 42, and 43, which consist of letters containing personal and private information and disclosures from the Defendant's family that were sent to the Court by the family. Although the family wanted the Court to be aware of certain factors pertaining to the Defendant, the Government is requesting that the privacy concerns of the family members outweigh the need to publish such items on the docket. As of January 6, 2023, at least two news media outlets have published private information regarding the Defendant's teenage daughter that was disclosed in a letter to the Court in aid of sentencing. As such, the Government respectfully requests that the Court seal DE 40, DE 41, DE 42 and DE 43.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: s/ *Jodi Anton*
Jodi Anton
Assistant United States Attorney
FL Bar No. 184098
500 Broward Blvd., 7th floor
Fort Lauderdale, Florida 33394
(954) 660-5692
(954) 356-7336 (Fax)
e-mail: jodi.anton@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 6, 2023, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Jodi Anton*
Jodi Anton