```
 1                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2
                    Case No. 22-CR-60075-SINGHAL
 3

 4   UNITED STATES OF AMERICA,)
                              )
 5            Plaintiff,      )
                              )
 6        -v-                 )
                              )
 7   PAUL KADRI,              )
                              )
 8            Defendant.      )   Fort Lauderdale, Florida
                              )   January 5, 2023
 9   _____)   11:10 a.m.

10

11

12            TRANSCRIPT OF SENTENCING PROCEEDINGS

13          BEFORE THE HONORABLE RAAG SINGHAL

14                  U.S. DISTRICT JUDGE

15

16   Appearances:

17
     For the Government:        JODI ANTON
18                              Assistant United States Attorney
                                500 East Broward Boulevard
19                              Fort Lauderdale, Florida  33394

20   For the Defendant:         ROBERT BERUBE
                                ALLARI DOMINGUEZ
21                              Assistant Federal Public Defenders
                                One East Broward Boulevard
22                              Fort Lauderdale, Florida  33301

23
     Reporter:                  Karl Shires, RMR, FCRR
24   (954) 769-5496             Official Court Reporter
                                299 East Broward Boulevard, # 110B
25                              Fort Lauderdale, Florida  33301
```

STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT

1          (Call to Order of the Court.)

2          THE COURT:  All right.  Good morning, everyone.  We're

3     here on United States of America versus Paul Kadri.  We're here

4     for a sentencing hearing.

5          Mr. Berube, before we start -- I know Mr. Kadri just

6     came up -- do you need a few minutes, you and Ms. Dominguez, to

7     speak with him?

8          MR. BERUBE:  No, Your Honor.  We're ready to go.

9          THE COURT:  Okay.  Great.  Then if I could just get

10    appearances, beginning with the government.

11         MS. ANTON:  Good morning, Your Honor.  Jodi Anton on

12    behalf of the United States.  And present with me at counsel's

13    table is Special Agent Vanessa Jude from HSI, in addition to

14    CBP Officer Winchester, who was also the primary investigator

15    in the case.

16         THE COURT:  Nice to see all of you.

17         And how about for the defense?

18         MR. BERUBE:  Good morning, Your Honor.  Robert Berube

19    and Allari Dominguez on behalf of Mr. Kadri, who is seated to

20    my right.

21         THE COURT:  Nice to see you both.  And you said

22    Ms. Dominguez's name exactly correct.

23         MS. DOMINGUEZ:  Yes.

24         THE COURT:  It's good.  You've been working on him, so

25    that's good.

```
 1              All right.  Let me kind of go over with you what I
 2     have here in front of me, because there may have been some
 3     filings that I don't have and I can, of course, call them up on
 4     CM/ECF or just make sure that I have what you all want me to
 5     have.
 6              I have each of the documents that go back to the time
 7     of the plea, which are of course the plea agreement, the agreed
 8     factual basis, and the indictment.  I have the presentence
 9     investigation report and an addendum to that report, and then a
10     second addendum to that report.
11              I have a series of letters.  And I just want to kind
12     of let you know what I have to make sure that I have the ones
13     that you think I have.  Docket entry 40, which is a letter from
14     Susan Denmon, and it's got some attachments to it; docket entry
15     41, which is a letter from Francesca Denmon; docket entry 42,
16     which is a letter from Corinne Kadri; and docket entry 43,
17     which is the most recent one.  That is a letter from Kimberly
18     Beam, B-E-A-M.  And it has I don't know if I would call it an
19     attachment or a synopsis attached to it.
20              And then, of course, I have the defendant's objections
21     to the presentence report.  That's docket entry 37.  And the
22     government's response to same, docket entry 38.
23              Ms. Anton, any documents that you think I need to call
24     up that I may not have mentioned?
25              MS. ANTON:  No, Your Honor.  I think you got them all.
```

```
 1            THE COURT:  Okay.  Great.  And Mr. Berube, I don't
 2   know if there may have been a letter or something that I
 3   missed.  I just want to make sure I've got everything.
 4            MR. BERUBE:  I believe you have everything, Your
 5   Honor.
 6            THE COURT:  Okay.  Great.  Thank you.
 7            All right.  Then, Mr. Kadri, let me turn to you first.
 8   The main document that's involved in any sentencing hearing is
 9   the presentence investigation report.  In your case it's
10   actually a relatively brief report.  It's 15 pages in length.
11   It then has a couple addendums to it.
12            Did you have the opportunity to carefully read and
13   review this and discuss it with your two lawyers?
14            THE DEFENDANT:  I did.
15            THE COURT:  Okay.  And other than the objections that
16   Mr. Berube is going to voice for me here today, do you have any
17   quarrel with these documents?
18            THE DEFENDANT:  No.  I did prepare a brief message to
19   the Court that will talk about them.
20            THE COURT:  Sure.  Sure.  And so the way it will work,
21   really, is that the lawyers and I will go back and forth a bit,
22   and then toward the end of the presentation Mr. Berube and
23   Ms. Dominguez can present witnesses, and then you would be the
24   last person to talk because that's really the best way to do
25   it.
```

```
 1                THE DEFENDANT:  Okay.

 2                THE COURT:  Okay?

 3                THE DEFENDANT:  Thank you.

 4                THE COURT:  All right.  So then let's go to the

 5    offense level computation and any objections to the presentence

 6    investigation report.

 7                First, Ms. Anton, any objections, any additions,

 8    deletions, or corrections to the presentence investigation

 9    report?

10                MS. ANTON:  No, Your Honor.

11                THE COURT:  In this particular case, the offense level

12    computation is on pages 6 and 7 of the presentence

13    investigation report, which is very well done by the way.  I

14    didn't mean to suggest that 15 pages meant that it was missing

15    anything.  It's just, you know, I've been getting a lot of

16    complicated ones in that sense.

17                So I've got a base offense level of 22.  I have

18    increases totaling six levels under paragraphs 14, 15, and 16

19    that get us to an adjusted offense level of 28.  Three levels

20    decrease for acceptance of responsibility.  Total offense level

21    25, criminal history category I.  And that puts us in an

22    advisory guideline range of, I think it is, 60 to 71 months.

23    And really it would normally be 57 to 71 months, but because

24    there's that five-year minimum it's written at 60 to 71.

25                So are you in agreement, Ms. Anton, with the
```

1    calculations?

2              MS. ANTON:  I am, Your Honor.  Yes.

3              THE COURT:  Okay.  Then, Mr. Berube, let me turn to

4    you.  If you would, we can address any unresolved objections.

5    And however you want to take them, we'll go through them all.

6              But just formally, any objections, additions,

7    deletions, corrections to the presentence investigation report?

8              MR. BERUBE:  Thank you, Your Honor.  Your Honor, when

9    I was reviewing the presentence investigation report,

10   Mr. Kadri, he requested that I file an objection, which is

11   number one, objection number one in my formal objections that

12   were filed with the Court.  After I reviewed that with

13   Mr. Kadri, telling him why it did not apply to him, that

14   objection will be withdrawn.

15             THE COURT:  Okay.  And that's relating to really the

16   response dealing with transportation?

17             MR. BERUBE:  Correct.

18             THE COURT:  Okay.  Mr. Kadri, you understand that?

19             THE DEFENDANT:  It took me a little while, but I do

20   understand it now.

21             THE COURT:  All right.  So then based on that,

22   Mr. Berube, I think what you're saying is that the 57 to 71

23   months or the 60 to 71 months, that calculation's correct.

24             MR. BERUBE:  Yes, Your Honor.

25             THE COURT:  And then the rest of the objections deal

```
 1   with --
 2           MR. BERUBE:  Typographical errors.
 3           THE COURT:  -- spellings, typos, scribner's errors,
 4   that type of thing?
 5           MR. BERUBE:  Yes.
 6           THE COURT:  Any of those in particular that are
 7   unresolved that you want me to address?
 8           MR. BERUBE:  Well, the one that may cause problems at
 9   times.  If a visitor goes to try to see him at a Bureau of
10   Prisons' facility and their name is spelled incorrectly.  And I
11   don't know if this is going to happen with my client's sister
12   ever visiting him, but her name is Lynn Malloy, M-A-L-L-O-Y,
13   and not McCoy.
14           THE COURT:  Okay.  So that's paragraph 33, I think.
15           MR. BERUBE:  33, Your Honor.
16           THE COURT:  All right.  And I have no problem
17   correcting McCoy to Malloy.  I don't know if there's any
18   objection to it.  So I'll just on my copy here spell -- the
19   last name is M-A-L-L-O-Y.
20           MR. BERUBE:  Correct.
21           THE COURT:  Okay.  And then anything else?
22           MR. BERUBE:  The objection number 3, paragraph 34, the
23   spelling of my client's daughter's name Corinne.  That's not
24   nearly as fatal or as problematic as the previous one.
25           THE COURT:  There's an extra "R."
```

1      MR. BERUBE:  Right.

2      THE COURT:  Okay.

3      MR. BERUBE:  Number four, just the spelling of Johns

4  Hopkins University.  My client, as I've mentioned in the

5  objections, has been in education his entire life and wanted

6  these issues corrected, Your Honor.

7      THE COURT:  Look, I understand.  I could read through

8  the objections and having seen objections from you on other

9  cases, I mean, I can read between the lines there.  The Johns

10  Hopkins issue is a pretty common misspelling, actually.  So

11  I'll go ahead in paragraph 37 add an "S" to John.

12      MR. BERUBE:  The next one, number five, Your Honor,

13  really would be comments that I will make at the closing of my

14  presentation.

15      THE COURT:  Sure.

16      MR. BERUBE:  And that's basically -- jumping to

17  objection number seven on paragraph 52 regarding the "abused,

18  humiliated and threatened employees", my client objects to all

19  of that as well.

20      THE COURT:  Okay.  I think it's actually 53, on page

21  11.

22      MS. DOMINGUEZ:  Yes.

23      THE COURT:  I'm going to overrule that objection.  I'm

24  going to allow you to argue whatever you want to argue.  You

25  know, it's a question of fact.  It's in the presentence

```
 1   investigation report.  Based on the letters I got, including

 2   the one from Ms. Beam, there's support for it.  But you can --

 3   I just want you to argue it however you want to.

 4           MR. BERUBE:  I will, Your Honor.  I have comments,

 5   obviously, to make on behalf of my client.  Mr. Kadri will also

 6   be addressing the Court.

 7           THE COURT:  Sure.  For now I just want to make sure

 8   I've addressed any of the objections so that you're

 9   comfortable.

10           MR. BERUBE:  I am comfortable.  I did make objections,

11   Your Honor, to the special conditions of supervised release.

12           THE COURT:  I saw that, and we'll get to that as well.

13           MR. BERUBE:  All right.  So at this time, Your Honor,

14   on behalf of Mr. Kadri, we're requesting that the Court would

15   impose a sentence pursuant to the recommendation in the plea

16   agreement.  We're requesting that the sentence of 60 months be

17   imposed.

18           THE COURT:  So let me do this, Mr. Berube.  Let me go

19   to Ms. Anton first and then see -- she may say everything that

20   you want her to say, and then you can turn to your client and

21   say you don't need to say anything.  So who knows.

22           MR. BERUBE:  Okay.

23           THE COURT:  But I'm happy to hear from you as always.

24           So, Ms. Anton, what do you think?  I mean, I've -- I

25   will tell you, I've -- obviously I've read the case.  I've
```

1    reviewed the plea agreement and really the agreement contained

2    therein.  I have more information now then at the time of the

3    plea in terms of Mr. Kadri's background and education and what

4    I've got from his daughter and all of that that I don't know

5    that that changes at all the agreement that you and Mr. Berube

6    reached.  So just talk to me about what you think's fair and

7    appropriate.

8          MS. ANTON:  Yes.  Of course, Judge.  Although the

9    Court may have just received those letters, I was aware at the

10   time that we entered into the plea in this case that that

11   existed in the background of this case, as I'm sure Mr. Berube

12   was well aware as well.

13         The government's position is still that the defendant

14   be sentenced to the five-year minimum mandatory sentence.  I

15   obviously think a term of supervised release for life would be

16   appropriate following that.

17         The government would object to lifting the sanction

18   that he be allowed to have contact with minors.  I think I

19   indicated that in my pleadings.

20         But I think, you know, most telling from the PSI and

21   the letters that Your Honor has received, in addition to the

22   conduct of the defendant, that there clearly exists issues

23   dealing with abuse, anger, psychological manipulation.

24         The letter from the defendant's daughter to me was the

25   most telling.  I know from doing this for a very long time, as

1    Mr. Berube has, we usually get character letters on behalf of

2    the defendant that are positive from people in the community

3    who have reacted and impact them throughout their lives.  But

4    in this case the letters that you've received are from people

5    close to the defendant:  His daughter, his ex-wife, his former

6    secretary.  And the vein that runs consistent in all of these

7    letters is that the defendant is a very troubled person and has

8    behaved very poorly towards women specifically.

9           And his own daughter, I think the part in the letter

10   that troubled me the most is where she that said she always

11   believed that her dad would go to prison at some point in time,

12   but she thought it would be for something violent like murder.

13   I didn't even expect to read that in his daughter's letter.  He

14   clearly has not been charged with being a bad parent or being a

15   bad boss or his behavior towards women, but I think it's

16   important for the Court to consider all of that when, you know,

17   deciding what the appropriate sentence for this defendant is.

18          I realize based on his age a five-year minimum

19   mandatory sentence is not insignificant.  There seem to be

20   health conditions also.  And I do think that a five-year

21   sentence would be just in this case so long as it's followed by

22   lifetime supervised release.

23          Other than that, Judge, I think the letters speak

24   volumes, and the PSI was very comprehensive.

25          THE COURT:  Okay.

1          MS. ANTON:  Thank you.

2          THE COURT:  Thank you, Ms. Anton.  And obviously I

3    have the letters.  I see where everyone lives.  They're not

4    local.  But did you have anyone that you wanted to call as a

5    live witness or anything like that?

6          MS. ANTON:  No, I don't.  None of the witnesses wanted

7    to appear in court to testify.  They were all confident that

8    you would read their letters and note their feelings.

9          THE COURT:  Okay.  And I did, just for record

10   purposes -- Mr. Kadri's daughter specifically asked that I read

11   her letter aloud in court so it becomes part of the record.

12   I'm not going to do that.  It's part of the record anyway.  But

13   just so you could let her know --

14         MS. ANTON:  Yes.

15         THE COURT:  -- I read the complete letter, so she's

16   aware of that.  Okay.

17         MS. ANTON:  Thank you.

18         THE COURT:  Thank you.

19         Mr. Berube.

20         MR. BERUBE:  Thank you, Your Honor.

21         I do thank the government for standing by their

22   recommended sentence of 60 months that is in the plea

23   agreement.

24         When we received the letters, Your Honor, they are --

25   reading them they are troubling.  Keep in mind, though, that

1    all of these -- my client and his wife or ex-wife went through

2    a very, very bitter divorce.

3            THE COURT:  Sure.

4            MR. BERUBE:  I think that my concern with some of the

5    letters, Your Honor, is that there are -- the ex-wife may be

6    trying to seek revenge on my client that she was not able to

7    extract when they were going through the divorce.

8            The letter from the daughter is a tough letter.  It is

9    clearly a family situation that is totally broken.  I don't

10   know if there will ever come a time in my client's life where

11   there will be any type of reconciliation.

12           I think my client is an individual who has -- he had a

13   great deal of potential, things went offline, went off track

14   while he was in the school atmosphere.  This conviction

15   basically will make sure, will guarantee that he never goes

16   near any type of academic world in the United States.  I'm

17   hoping, Your Honor, that you would be inclined to take the

18   letters into consideration but also be somewhat sceptical or

19   question some of the letters.

20           I know that -- I have been in touch with my client's

21   mother who lives on the west coast of Florida in Cape Coral.

22   His mother, Mrs. Kadri, I believe is 93 or 94 years old.

23           As we approached this important day, with the

24   Christmas holidays and all, there was contact by some of the

25   people that wrote those letters, and they contacted her.  And

1   the communication was not positive.  It was not pleasant.  It's

2   not my place to be telling an elderly lady how to handle her

3   family issues.

4          But based upon what I was told, there comes a time,

5   and it's an unfortunate time in many people's lives, where you

6   just have to cut people loose and live your life.  And that's

7   very unfortunate, but in this case I don't see why the ex-wife

8   was, you know, contacting my client's elderly mother regarding

9   what's going on here today.

10          Again, the letter that was written by the daughter, if

11  she wrote that letter herself without coaching from mom, is

12  disturbing.  But, nevertheless, my client is hoping to receive

13  a sentence of 60 months and to get this very difficult period

14  in his life behind him.

15          Regarding the request in the presentence investigation

16  report regarding the special conditions of supervised release,

17  my client pled guilty to transporting child pornography into

18  the United States.  My client wants to have contact with

19  children, with minors.  He has friends, he has a girlfriend

20  that has a child.  There's no indication in anything that has

21  been presented to this Court, whether it's from the people that

22  wrote the letters or the government's investigation, where my

23  client acted inappropriately with a child.  He brought in

24  pornographic images.  He knows well -- he knows very well now

25  how inappropriate that is.

```
1              The fact that an individual cannot have any contact

2    with a minor is not something that I agree with, Your Honor.

3    And I don't minimize these charges.  I don't minimize anything

4    that goes on with a victim or with a child.  But, nevertheless,

5    Mr. Kadri wants to have contact.  If my client has a girlfriend

6    who has a child, banning him from having any contact basically

7    makes him live the life of a hermit.

8              I am requesting, Your Honor, that -- and I understand

9    the concerns of probation and the US Attorney's Office.  Now,

10   if there was an indication that there was some type of

11   inappropriate behavior by my client, for example, had he taken

12   the pictures himself, that would be a very serious problem,

13   obviously.  Here he transported pictures.  He will talk about

14   that, I believe.  And he never did anything -- he didn't take

15   the photographs.  So he wants to be in a position where he can

16   live his life and have some supervision on those rare occasions

17   where there is a minor involved.

18             And after he speaks, I have a couple of requests.

19   Unless you want to hear those now, Your Honor.  Small things,

20   small but important things, like designated to a federal

21   medical facility.

22             THE COURT:  I think you put that in your papers as

23   well.

24             MR. BERUBE:  Right.  And participation in the RDAP

25   program.
```

```
 1              THE COURT:  Got it.  Okay.

 2              MR. BERUBE:  And I think that's about all I have, Your

 3   Honor.

 4              THE COURT:  Sure.

 5              MS. DOMINGUEZ:  And, Judge, if I may.

 6              THE COURT:  Yes, ma'am.

 7              MS. DOMINGUEZ:  I had a chance sitting with Mr. Kadri

 8   just a little bit more on the letters that were received.

 9   Also, contextually, the Court can see that there was a

10   diagnosis in Mr. Kadri's background where he was diagnosed with

11   bipolar disorder.  I know the Court's familiar with that kind

12   of disease, how it affects people, especially in the Criminal

13   Justice System.  It's difficult to get, like, medication.  And

14   even when somebody is medicated, it could affect your mood,

15   your stability, your ability to think coherently, act

16   appropriately.

17              Mr. Kadri did want to bring in witnesses to counter

18   the letters.  Our advice and why we have not presented

19   counters, because the letters are from a time that was 11 to 13

20   years ago.  So from, you know, all this time until now, there

21   is no other allegation that he mistreated, abused, hurt any

22   other women, showed any acts of violence towards any other

23   women, that he did anything that would show that he is a danger

24   currently to women, to particularly these women when he hasn't

25   had contact with them in such a long time, and I think the
```

1   Court can see that the weight that should be given to these

2   letters isn't so much that the Court should not accept the

3   joint recommendation or increase what the penalty should be in

4   this case based on something that happened 11 to 13 years ago.

5          As well as, although the letter from the daughter says

6   that there's no memory of any improper or sexual contact, there

7   is that insinuation.  But you could see that there's great

8   detail that she talks about how she remembers how her

9   grandparents' room was, where she would sleep in the house,

10  what contact she had with her dad.  She has a really good

11  memory, and the letter details that.  If there was anything

12  improper, she would have remembered that.  There would have

13  been some mention of that.

14         The Court also saw that he worked in education.  There

15  was never any allegation of any improper contact with any other

16  students, any other minors.

17         So we would ask the Court, given how long ago that

18  was, how he was never charged criminally, how this case is not

19  related to that, to not give it such great weight that it would

20  impact the Court accepting the recommendation in this case.

21         THE COURT:  Thank you, Ms. Dominguez.

22         Before I have you continue on, Ms. Anton, I see that

23  you're standing.  Did you want to address anything?

24         MS. ANTON:  I did.  Judge, I did.  And I didn't intend

25  on arguing this at all; however, I think it's important to note

1    in that letter from the daughter there is evidence that she was

2    uncomfortable spooning with him and physical contact that made

3    her very uncomfortable, albeit she said she didn't have a

4    specific memory of molestation.  There is clearly inappropriate

5    contact there with his own daughter.  That's evidenced in her

6    letter.

7            In addition now, because defense counsel has argued to

8    the Court that that was remote and something perhaps that you

9    shouldn't consider, I didn't include it in my pleadings but it

10   was provided to defense counsel in discovery, that when the

11   defendant was arrested, on the thumb drive that he did not

12   manage to destroy, law enforcement was able to extract some

13   data.  And if you recall in the PSI, the defendant said that he

14   worked in Colombia to empower women by starting a company to

15   try to help save women who were impoverished and otherwise

16   unable to make a living.

17           As to that, the documents that were recovered from his

18   thumb drive indicate that -- clearly evidence.  They don't

19   indicate.  Clearly evidence that the defendant was running a

20   webcam business where women did sex acts on a live webcam, and

21   he collected 30 percent of the proceeds.  He owned a warehouse,

22   an office building, and let them do that there.

23           Now, I didn't intend on arguing this; however, that is

24   not remote.  That is what he was doing right before he came

25   back into this country.  And I think it's important because it

1    evidences that he was exploiting women.  Whether or not he was

2    charged with that in Colombia, whether or not those were

3    minors, I can't tell the Court because it was during COVID and

4    Colombia was unable to do a thorough investigation and identify

5    all of those women.  But there are logs that were found for the

6    sex toys:  Who used them, when they washed them, that no

7    animals were allowed.  There were rules.  All of that is

8    documented in the thumb drives that were recovered from the

9    defendant.  And although he wants to categorize it as he was

10   empowering women, that is a very interesting narrative as to

11   what was happening.  The facts are that he was making money off

12   of women performing sex acts online.

13          And I think it's important for the Court to understand

14   that that was simultaneous with his travel back to the United

15   States wherein he had child pornography on his thumb drive.

16   The one he didn't destroy.  Because he did destroy several of

17   them.  So what was on there, we don't know.

18          I still think the 60-month sentence is appropriate,

19   and I want the defense to know that I'm not in any way straying

20   from what my recommendation was.  But so that the record is

21   complete and the government's position is complete, I think

22   it's important for the Court to know that that is what was

23   happening.

24          THE COURT:  Thank you, Ms. Anton.

25          MS. ANTON:  Thank you.

1    THE COURT:  All right.  Then, Mr. Berube, back over to

2    you.  A couple things.  You might -- I don't know if you wanted

3    to make some argument first.  And then, separately, if you

4    wanted to present witnesses or a witness other than your

5    client, and then lastly your client.

6    MR. BERUBE:  No, we do not have any witnesses, Your

7    Honor, to present.

8    THE COURT:  Then, Mr. Kadri, when you're ready, you

9    have the absolute right to speak with me.  You don't have to

10   feel compelled to do so.  Some people are much more comfortable

11   than others doing that.  But if there's anything you want to

12   say, I am happy to consider it.

13   THE DEFENDANT:  Thank you.  Your Honor, I wasn't

14   planning to do this, but I'm just going to ask for your

15   patience.

16   There is nothing more important to me than my

17   daughter.  And I was not anticipating that it would come up in

18   this hearing, but I did prepare something that I would like to

19   read to the Court.

20   THE COURT:  Sure.

21   THE DEFENDANT:  And then I would like to read about

22   why we're here.

23   I love my daughter more than it is possible for a

24   father to love a daughter.  In 2014, my ex-wife, who I strongly

25   believe based on my years of experience in talking to experts,

1  suffers from Munchausen by Proxy, which is also known as

2  Fictitious Disease Disorder, began a campaign of convincing my

3  daughter and those around my daughter that she was mentally

4  sick and it was my fault.  To do this, she systematically

5  changed doctors and schools for my daughter.  And this is

6  completely documented, and it's own my computer.

7         Although Family Court threw out her urgent complaint

8  against me in 2014 and never took custody away from me.  So I

9  want to stress that my ex-wife submitted the same information

10 to the New Jersey Family Court without my knowledge in 2014,

11 and it was thrown out.  And then in 2015 she resubmitted it,

12 and it was -- and I was never taken custody away from me.  And

13 then the allegations that you have before you were never

14 proven.

15        The process did bankrupt me.  And I've only seen my

16 daughter for a few hours in 2018.  It was after these meetings

17 that I became aware that my wife most likely suffered from

18 Munchausen.  I spoke with experts and successfully filed a

19 complaint with New Jersey's Department of Youth and Family.

20 They accepted my complaint about the prospective Munchausen.

21 Unfortunately, they did not have the staff to investigate on

22 their own.

23        In 2015 I warned the court-appointed psychologist if

24 my daughter did not get relief from the alienation and

25 manipulation, that she would attempt suicide even though she

1    never saw me.  So I said her alleged abuser, me, is not seeing

2    her, yet she will attempt suicide.  The psychologist laughed at

3    me.  He was wrong.  I found out later through my attempts to

4    track my daughter, and I don't know if it's in any of your

5    papers, but she did attempt suicide because in reality she was

6    living with her abuser.

7            Fearful -- and I want to say I have no animus towards

8    my wife, my ex-wife.  And I will say this at the end.  And I

9    believe she may not know she has this condition.  Fearful that

10   she would try again, I stayed away from her to confront -- I

11   stayed away from her so that the truth could be brought up to

12   her in a therapeutic environment.

13           So I think I gave my daughter the most greatest

14   sacrifice a father can give, and that is I deliberately stayed

15   away from my daughter all these years because she was a minor

16   and because when she does find out what's going on, we need to

17   be in a therapeutic environment.  I want to be clear that my

18   ex-wife may not know she has the condition.  But my daughter

19   has a right to have a loving mother and a loving father in her

20   life.

21           I've contacted a gentleman named Dr. Libertazzo, who

22   is someone who was working with our family back in 2015.  He is

23   willing to work with us again.  I didn't know if my daughter

24   would be here today.  In some ways I kind of hoped that she

25   would so that we could possibly start some kind of therapy.

1      But I just wanted to make those statements to the

2  Court, that there is not a father who walks the earth who loves

3  his daughter money than I love mine.  And I think I've made an

4  extreme sacrifice for her staying away from her with the goal

5  of being reunited at some point in the future.  Okay?

6      So now I would like to address the reason why we're

7  here today.  And, yeah, I'm not going to get into what happened

8  in Connecticut because -- unless you think it's important.

9      Your Honor, let me begin by being accountable.  It is

10  a fact on September 20th, 2021, I traveled with child

11  pornography based on my actions of the past.  This violates the

12  law regardless of reason or intent.  For this I accept

13  responsibility and express deep regret and sorrow.  It is

14  difficult for me to recognize that I have violated the law,

15  especially one related to student safety, an area I feverishly

16  fought to create most of my life.

17      In 2002 I achieved a life dream of gaining the public

18  trust of being selected to be a superintendent of schools in a

19  great community.  I committed to work tirelessly to be

20  child-centered in protecting students and helping them reach

21  their individual potentials.

22      These pictures existed in my possession neither for

23  pleasure nor profit.  Rather, at a point in time over 15 years

24  ago when I was directly responsible for the health and safety

25  of thousands of students, I blindly and arrogantly took it upon

1    myself to monitor child pornography threats, among other

2    things, when I felt that existing interventions were moving too

3    slowly in addressing this threat.  That is why the pictures

4    were in my possession.

5           I talked myself into believing an

6    ends-justified-the-means mentality was child-centered.  I

7    failed to research the law as to confirm what was legal and

8    what was not legal.  I also allowed my desire to be remarkable

9    at my job to go outside my boundaries.

10          The second mistake I made is far more egregious in my

11   opinion.  Even if my intentions were good at monitoring the

12   threat, when my duties were over, I failed to delete the

13   pictures.  Having pictures remaining is unacceptable and

14   incentive to the child victims.  I am sorry.  I should have

15   been much more careful.  I did not -- after reviewing them, I

16   can confirm they were the pictures I copied around 2006.  And,

17   again, I am deeply, deeply sorry.

18          Please allow me to briefly touch on the punishments I

19   have faced already.  Because I was a public figure, my mistakes

20   are covered in the news.  In today's online era, this will

21   haunt me forever.  We have -- my time served, which has been

22   difficult and waned on my body in a variety of ways.  Also,

23   I've been disowned by my sister, thrown out of our democracy,

24   and been separated by beloved friends, including my dog.

25          Finally, I know that you are bound by the mandatory

1   minimum sentence, but I respectfully ask your help in four

2   areas.  The first is in the recommendation of a placement.

3   I've been seeking help for my manic and ADHD for awhile to the

4   point of where I have paid for my own evaluations.  I need a

5   placement that understands my conditions.  And I was told that

6   the residential drug program would help me develop strategies

7   to remove my dependencies on prescription meds.

8        The second is related to my intent to live abroad,

9   which I was planning to do before any of this happened.  I want

10  to make sure it is possible and there are no restrictions that

11  cause expensive travel back and forth.

12       The third area involves Part F of my PSI.  Please

13  allow me to just quickly comment on each.  I don't believe the

14  PSI investigator fully knew the reason why I had the pictures,

15  and I'm not sure if it would make a difference.

16       Number 74 has to do with financial disclosure.  This

17  was a little bit ambiguous to me.  So while it was reviewed,

18  how it actually comes into play I'm not exactly sure.  I

19  certainly would suggest that I submit my personal and business

20  taxes to the US Probation Officer, and that person can run a

21  credit check at any time.  But I want to make sure that I fully

22  understand.

23       Number 75 deals with no new debt.  This one did not

24  make a lot of sense to me.  Since my bankruptcy in 2018, I've

25  not taken on any new debt.  But at some point I'll need to do

1   so to build up credit.  As written, this would be a big burden

2   on the Court, because I think it says I have to report to the

3   Court anything.

4        Number 76 to 78 deals with no contact with minors.

5   Mr. Berube raised some concerns that we spoke about.  I have --

6   I estimate that I've worked with about 50,000 students over the

7   course of my 15 years in education, and there's never been the

8   hint of any problems or inappropriateness with students.  As a

9   matter of fact, my -- I've been honored that my decisions in

10  the school district were almost always adopted by the Family

11  Court judges in the districts in which I worked because they

12  were fair just and loving.

13       I also want to be part of a family.  Whether in this

14  country or in another country, you'll never have a problem with

15  me.  And if student safety is the goal, I do not feel students

16  are safer with me having to avoid them.

17       Number 79 is about sex offender treatment.  I believe

18  I go to classes in prison.  I enjoy learning.  Please remember

19  I was licensed in five states to protect students, and I'm

20  trained to recognize predatorial behavior.  I do not exhibit

21  any behaviors that warrant ongoing psychological testing or

22  polygraphs.  Also, doing my custody battle I've been analyzed

23  with no issues.  As a matter of fact, I've been analyzed so

24  many times that I can't even tell you.

25       Number 80, sexual materials.  Homeland Security has

1  had the opportunity to examine my electronic devices and my

2  accounts.  Denying access to adult context is something I can't

3  understand.  And the same is true, if I read this area

4  specifically, take it literally I should say, I think it means

5  I can't take pictures of family members who may be underage.

6  Again, I may not be reading it correctly.

7          Number 81 is Adam Walsh.  Since I hope to be living

8  abroad, I assume I will be flying in and out of the country and

9  will be inspected at the border.  Again, I don't believe I have

10  done anything to warrant this level of active monitoring.

11          The last thing I wanted to mention, the fourth

12  request, may be the most difficult but I would have thought it

13  would have been the opposite.  I was not prepared for

14  incarceration, and my 91-year-old mother and myself have

15  struggled every day since I was surrendered on April 22nd.

16  She's my only connection to the outside world.  My request is

17  that I be a self-reporter to prison, giving me a furlough time

18  to get my life and my mother's life in order.  She may not be

19  alive when I get out, and we need to have a little chance to

20  rebuild our relationship after this year of strain.  She's also

21  not equipped to help me going forward and obviously if she

22  passes.

23          Just so you know, I have some important things that I

24  really need to address.  They include securing insurance

25  payments for a surgery I had in 2021, helping my mother secure

```
1   $80,000 in reimbursements, getting both our financial accounts

2   in order.  I need to go to the dentist.  As you saw me limping

3   in, I think I need an MRI on my knee and possible surgery.  I

4   need to finalize divorce papers and other legal documents from

5   Colombia.  I need to organize accounts and passwords, and I

6   need to get in touch with friends to establish a support

7   network.

8           I've been told that there have been concerns that I

9   may be a flight risk.  I'm actually surprised by this because

10  I've surrendered my passport and I would never do anything to

11  add time to my sentence.  And I would have hoped anybody who

12  has investigated me would know that I'm not a flight risk or a

13  danger and that my word is rock solid.

14          Your Honor, each night I go to sleep sad to be locked

15  up and away from my mother, friends, and dog, and isolated from

16  being able to help others.  I know I'm a very good person who

17  has made some mistakes that have been illuminated in this case.

18  I'm deeply, deeply sorry, and I hope you have forgiveness and

19  mercy in your sentence.

20          Thank you for listening.  I would be happy to answer

21  any questions, if you had any.

22          THE COURT:  All right.  Thank you, Mr Kadri.

23          Mr. Berube, anything else?

24          MR. BERUBE:  No, sir.

25          THE COURT:  And Ms. Anton, anything else from your
```

1  side?

2          MS. ANTON:  I think, Judge, just briefly, I'd like to

3  comment that I understand from what the defendant said that he

4  feels that there was some justification for possessing the

5  child pornography and that has been his position since the case

6  first came about, and --

7          THE COURT:  There's no justification.  I mean, you

8  don't need to address that if that's what you're going to

9  address.

10          MS. ANTON:  Well, I was going to address the fact that

11  the defendant claims that in 2006 is when he sought out, for

12  whatever purposes, to find the child pornography.  And he

13  wasn't arrested until 2022.  So we're talking like more than

14  15 years of possessing the child pornography.

15          THE COURT:  So listen, both sides.  There's a great

16  article in the current issue of The Champion, which is the

17  National Association of Criminal Defense Lawyers' magazine, and

18  it basically refers to a defendant who decided that he wanted

19  to handle his own sentencing hearing instead of his lawyers

20  that had worked so hard for him and, of course, he got the

21  maximum sentence because he did it himself.  Now, the judge in

22  that case probably was taken aback by some of the things that

23  were said.

24          I've got a thick skin.  I've seen it all.  But I -- as

25  he's saying it I'm thinking, wait a second, you're talking

1    about when you were the superintendent and you still had

2    possession and you're saying you should have deleted them and

3    it's 15 years.  In my mind I'm thinking what additional crimes

4    are you thinking of charging him with.

5         So there's a reason Mr. Berube and Ms. Dominguez are

6    over there.  The ideal client would let them do their jobs.

7         THE DEFENDANT:  Sorry, Your Honor.

8         THE COURT:  You don't have to apologize to me.  I

9    mean, I'm just telling you if you had a different judge, you

10   would have just talked yourself into 20 years.

11        THE DEFENDANT:  I'm sorry.  I didn't -- I thought I

12   took -- I, I take complete ownership for what I've done.

13        THE COURT:  Look, between that and self-reporting

14   because you need to mend the relationship with your mother and

15   see your dog and go to the dentist.  I mean, there's a reason

16   Mr. Berube didn't mention those things.  This is a very serious

17   case.  This is not I limped when I came in, I need an MRI, my

18   teeth hurt, and I gotta see my dog.  I mean, I don't even know

19   where you're coming from, sir.  I mean, think about your

20   background.  You within to Delbarton, Delbarton.

21        THE DEFENDANT:  Yes.

22        THE COURT:  Do you know how many kids in New Jersey

23   would have loved to go to Delbarton or Christian Brothers

24   Academy or Pingry and couldn't afford it?

25        And then you went to Wharton, and then you went to

```
 1   Johns Hopkins.  At some point you know better.
 2           You've got two great lawyers sitting there.  I mean,
 3   you kind of -- in just such a short time you undid all the good
 4   that Mr. Berube and Ms. Dominguez were doing for you.
 5           So, again, the fortunate thing for you is -- and
 6   Ms. Dominguez recognizes this -- you have a judge who's not
 7   going to hold it against you.  But if you were on any other
 8   floor in this courthouse, if you were in any other courthouse
 9   in this district, you would be looking at four times the agreed
10   sentence.  It's just --
11           THE DEFENDANT:  You know, it makes -- I'm very sad
12   that I came across that way, and I apologize profusely.
13           THE COURT:  That's okay.
14           Ms. Anton, why don't you just tell me what else you
15   wanted to say.  I'm going to let Mr. Berube make any or
16   Ms. Dominguez make any closing remarks if they have to.
17           You lawyers know me.  You know what I believe in terms
18   of how cases resolve.  You know pretty much what the sentence
19   is going to be because you've come to me with an agreement.
20   But I do want you to say your piece.  It's a very important
21   case.
22           MS. ANTON:  Judge, I don't have much else to add other
23   than I would say the defendant's a danger and a flight risk and
24   to please not allow him to self-surrender and to implement all
25   of the Adam Walsh conditions because they are narrowly tailored
```

1    and appropriate.

2              THE COURT:  Okay.  Thanks, Ms. Anton.

3              Mr. Berube.

4              MR. BERUBE:  Your Honor, I really don't have much more

5    to add.  I've covered it all.  We would request the Federal

6    Medical Center, the RDAP program, hopefully psychiatric

7    counseling, and imposition of a 60-month sentence.  Thank you.

8              THE COURT:  Thank you, Mr. Berube.

9              Okay.  So, look, I've considered the statements of the

10   parties and the presentence report.  I've reviewed the advisory

11   guidelines.  I've looked at the statutory factors as set forth

12   in 18 United States Code § 3553(a).

13             In a sense it's as if I'm being presented two

14   different cases.  The case before the Court is what I have to

15   focus on.  And that's what you're here, Mr. Kadri, for

16   sentencing for.  And that is what's reflected in the agreed

17   factual basis, it's reflected in your plea agreement, and it's

18   reflected in your indictment.  You were accused of and you pled

19   to one count of transportation of child pornography, and that's

20   what we're here for.

21             The letters that I've received really don't relate to

22   this case.  They relate to something in the past.  There's

23   something to be said for what both sides have told me about

24   those letters.  And, frankly, matters that are contained in

25   letters like this actually belong in the state court system.

1   They belong in the Family Court system.  But the letters do add

2   to the Court's consideration in terms of this request for

3   contact with minors.

4        We're dealing with an individual who's extremely

5   bright and has always been involved in an education-based

6   occupation.  And these letters deal with issues with your

7   daughter.  You characterized them as being issues that

8   basically were placed in her head or she was gaslighted,

9   because you're saying that your ex-wife suffered from

10  Munchausen by Proxy which, in essence, means that she had the

11  desire to benefit by making someone else sick.  So I understand

12  that part of your argument.

13       What I don't understand is what you said about the

14  pornographic images of children.  I don't understand why you

15  had them to begin with, and I don't understand why you had them

16  15 years later.

17       And all of those things, though, collectively have to

18  go into not the prison sentence or the actual length of

19  supervised release, but they do have to go into the conditions

20  of supervised release, which is a lot of what you asked me

21  under your four points.  So that's kind of where we are.

22       So, first, it's the finding of the Court that

23  Mr. Kadri is not able to pay a fine in addition to mandatory

24  restitution.  I'm told, though, that restitution is still to be

25  determined, and so we'll set a hearing within 90 days.  But

1   during that 90-day time period, Ms. Anton, Mr. Berube,

2   Ms. Dominguez, if you're able to come to agreement, let the

3   Court know.

4          Mr. Kadri, in terms of that, most defendants who are

5   incarcerated prefer not to come back for a restitution hearing.

6   You may very well want to come back, because I know how

7   involved you are in your case.  But in terms of setting an

8   amount of restitution, are you comfortable with Mr. Berube and

9   Ms. Dominguez handling that in your absence or do you want me

10  to have you brought back from prison?

11         THE DEFENDANT:  No, they can handle it for me.  Thank

12  you.

13         THE COURT:  All right.  So restitution will be

14  determined at a later date.

15         It's the judgment of the Court that the defendant

16  Paul Kadri be committed to the Bureau of Prisons to be

17  imprisoned for a term of 60 months as to Count 1.

18         It's my firm belief that the lawyers know the case

19  better than the judge and that the lawyers work on the cases

20  for extended periods of time.  They work together, they work

21  with the case agents, and they make recommendations to the

22  Court which the Court can't always accept.  But it's a fair and

23  appropriate sentence given everything that I see in this case,

24  given Mr. Kadri's age, given the fact that it's a mandatory

25  sentence.  I don't need to go higher than that.

1      It's further ordered that as to restitution during

2  Mr. Kadri's incarceration payment will be made as follows:  If

3  he works in a UNICOR or federal prison industry's job, he must

4  pay 50 percent of his wages toward the financial obligations

5  imposed.  If he does not work in a UNICOR job, he must pay a

6  minimum of $25 per quarter toward the financial obligations

7  imposed.

8      Upon release from incarceration he'll pay restitution

9  at the rate of 10 percent of monthly gross earnings until such

10  time as the Court may alter the payment schedule in the

11  interest of justice.

12      The US Bureau of Prisons, US Probation Office, and US

13  Attorney's Office shall monitor the payment of restitution and

14  report to the Court any material change in the defendant's

15  ability to pay.

16      These payments do not preclude the government from

17  using any other anticipated or unexpected financial gains,

18  assets, or income of the defendant to satisfy the restitution

19  obligations.

20      Restitution is made payable to The Clerk of the United

21  States Court, and it's sent to the Miami Courthouse.  And the

22  restitution will be forwarded by The Clerk of Court to the

23  victims.  The address of the Miami Federal Courthouse is

24  US Clerk's Office, Financial Section, 400 North Miami Avenue,

25  Room 8N09, Miami, Florida, 33128.

1          Okay.  With regard to supervised release, I do have

2    one question.  Did you all agree as part of the plea that the

3    term would be life?

4          MR. BERUBE:  Yes, Your Honor.

5          MS. ANTON:  We did.

6          THE COURT:  And that's what I thought.  I just wanted

7    to make sure that I wasn't missing something there.

8          So upon release from imprisonment the defendant will

9    be placed on supervised release for a life as to Count 1.

10         And within 72 hours of release from the custody of the

11   Bureau of Prisons the defendant will report to the probation

12   office in the district in which he's released.

13         While on supervised release Mr. Kadri will comply with

14   the mandatory and standard conditions of supervised release.

15   Those include not committing any crimes, being prohibited from

16   possessing a firearm or other dangerous device, not unlawfully

17   possessing a controlled substance, and cooperating in the

18   collection of DNA.

19         The defendant must also comply with the following

20   special conditions:  And I have considered everything that you

21   all have argued to me.  So I will recommend RDAP.  But as far

22   as special conditions:  Financial disclosure requirement, no

23   new debt restriction, no contact with minors, no contact with

24   minors in employment, no involvement in youth organizations,

25   sex offender treatment, restriction from possession of sexual

1    materials, Adam Walsh Act search condition, sex offender

2    registration, and unpaid restitution fines or special

3    assessments, as noted in part F of the presentence report.

4              I do have to order a $100 special assessment paid

5    immediately to the United States as to Count 1.

6              So the total sentence is 60 months' imprisonment, life

7    supervised release, restitution pending and to be determined

8    within 90 days, and a $100 special assessment.

9              I am going to order forfeiture of the defendant's

10   right, title, and interest in property identified in the plea

11   agreement.  I think I already signed a preliminary order of

12   forfeiture.  We'll just incorporate that and order it

13   forfeited.

14             I will recommend that Mr. Kadri be placed in a medical

15   facility in the prison system.

16             I will deny his motion for furlough or self-surrender.

17             Mr. Berube, Mr. Kadri, now that sentence has been

18   imposed, do either of you object to the Court's finding of fact

19   or the manner in which sentence was pronounced?

20             MR. BERUBE:  No, Your Honor.

21             THE COURT:  Mr. Kadri, you do have the right to appeal

22   the sentence imposed.  Any notice of appeal must be filed

23   within 14 days after the entry of judgment.  If you're unable

24   to pay the cost of an appeal, you may apply for leave to appeal

25   in forma pauperis, which means at low cost to you.

1          I think Mr. Berube and Ms. Dominguez working together

2   with Ms. Anton did a fantastic job for you on this case.  They

3   minimized your exposure.

4          I will tell you these letters that I received, I never

5   would have seen them if weren't for this case, if it weren't

6   for this act dealing with this child pornography.  And,

7   frankly, based on your background, your level of education,

8   your upbringing, I mean you just -- you had the whole world,

9   sir.  I just don't understand it.

10         And I can tell you I'm very familiar with Delbarton.

11  That's why I brought it up that way.  I played tennis there.

12  And I can't think of a better school in the whole country.  And

13  I just don't know what happened, sir, in your life, but I wish

14  you the best of luck.

15         Ms. Anton, anything else before I let you go?

16         MS. ANTON:  No, Your Honor, not from the government.

17         THE COURT:  How about you, Mr. Berube or

18  Ms. Dominguez?

19         MR. BERUBE:  No, your Honor.  Thank you, Your Honor.

20         MS. DOMINGUEZ:  No.  Thank you, Your Honor.

21         MS. ANTON:  Thank you, Your Honor.

22         THE COURT:  Thank you all for your hard work and your

23  time.

24      (Proceedings concluded at 12:02 p.m.)

25

1                     C E R T I F I C A T E

2          I, Karl Shires, Registered Merit Reporter and Federal

3     Certified Realtime Reporter, certify that the foregoing is a

4     correct transcript from the record of proceedings in the

5     above-entitled matter.

6          Dated this 13th day of February, 2023.

7

8     _____
      Karl Shires, RMR FCRR

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**MR. BERUBE: [30]** 2/8 2/18 4/4 6/8 6/17 6/24 7/2 7/5 7/8 7/15 7/20 7/22 8/1 8/3 8/12 8/16 9/4 9/10 9/13 9/22 12/20 13/4 15/24 16/2 20/6 28/24 32/4 36/4 37/20 38/19

**MS. ANTON: [17]** 2/11 3/25 5/10 6/2 10/8 12/1 12/6 12/14 12/17 17/24 19/25 29/2 29/10 31/22 36/5 38/16 38/21

**MS. DOMINGUEZ: [5]** 2/23 8/22 16/5 16/7 38/20

**THE COURT: [62]**

**THE DEFENDANT: [12]** 4/14 4/18 5/1 5/3 6/19 20/13 20/21 30/7 30/11 30/21 31/11 34/11

**$**

**$100 [2]** 37/4 37/8
**$25 [1]** 35/6
**$80,000 [1]** 28/1

**-**

**-v [1]** 1/6

**1**

**10 percent [1]** 35/9
**11 [3]** 8/21 16/19 17/4
**110B [1]** 1/24
**11:10 [1]** 1/9
**12:02 [1]** 38/24
**13 [2]** 16/19 17/4
**13th [1]** 39/6
**14 [2]** 5/18 37/23
**15 [7]** 4/10 5/14 5/18 23/23 26/7 30/3 33/16
**15 years [1]** 29/14
**16 [1]** 5/18
**18 [1]** 32/12

**2**

**20 [1]** 30/10
**2002 [1]** 23/17
**2006 [2]** 24/16 29/11
**2014 [3]** 20/24 21/8 21/10
**2015 [3]** 21/11 21/23 22/22
**2018 [2]** 21/16 25/24
**2021 [2]** 23/10 27/25
**2022 [1]** 29/13
**2023 [2]** 1/8 39/6
**20th [1]** 23/10
**22 [1]** 5/17
**22-CR-60075-SINGHAL [1]** 1/2
**22nd [1]** 27/15
**25 [1]** 5/21

**28 [1]** 5/19
**299 [1]** 1/24

**3**

**30 percent [1]** 18/21
**33 [2]** 7/14 7/15
**33128 [1]** 35/25
**33301 [2]** 1/22 1/25
**33394 [1]** 1/19
**34 [1]** 7/22
**3553 [1]** 32/12
**37 [2]** 3/21 8/11
**38 [1]** 3/22

**4**

**40 [1]** 3/13
**400 [1]** 35/24
**41 [1]** 3/15
**42 [1]** 3/15
**43 [1]** 3/16

**5**

**50 percent [1]** 35/4
**50,000 [1]** 26/6
**500 [1]** 1/18
**52 [1]** 8/17
**53 [1]** 8/20
**5496 [1]** 1/24
**57 [2]** 5/23 6/22

**6**

**60 [8]** 5/22 5/24 6/23 9/16 12/22 14/13 34/17 37/6
**60-month [2]** 19/18 32/7

**7**

**71 [5]** 5/22 5/23 5/24 6/22 6/23
**72 [1]** 36/10
**74 [1]** 25/16
**75 [1]** 25/23
**76 [1]** 26/4
**769-5496 [1]** 1/24
**78 [1]** 26/4
**79 [1]** 26/17

**8**

**80 [1]** 26/25
**81 [1]** 27/7
**8N09 [1]** 35/25

**9**

**90 [2]** 33/25 37/8
**90-day [1]** 34/1
**91-year-old [1]** 27/14
**93 [1]** 13/22
**94 [1]** 13/22
**954 [1]** 1/24

**A**

**a.m [1]** 1/9
**aback [1]** 29/22
**ability [2]** 16/15 35/15
**able [5]** 13/6 18/12 28/16 33/23 34/2

**above-entitled [1]** 39/5
**abroad [2]** 25/8 27/8
**absence [1]** 34/9
**absolute [1]** 20/9
**abuse [1]** 10/23
**abused [2]** 8/17 16/21
**abuser [2]** 22/1 22/6
**academic [1]** 13/16
**Academy [1]** 30/24
**accept [3]** 17/2 23/12 34/22
**acceptance [1]** 5/20
**accepted [1]** 21/20
**accepting [1]** 17/20
**access [1]** 27/2
**accountable [1]** 23/9
**accounts [3]** 27/2 28/1 28/5
**accused [2]** 32/18
**achieved [1]** 23/17
**act [3]** 16/15 37/1 38/6
**acted [1]** 14/23
**actions [1]** 23/11
**active [1]** 27/10
**acts [3]** 16/22 18/20 19/12
**actual [1]** 33/18
**Adam [2]** 27/7 31/25 37/1
**add [5]** 8/11 28/11 31/22 32/5 33/1
**addendum [2]** 3/9 3/10
**addendums [1]** 4/11
**addition [2]** 2/13 10/21 18/7 33/23
**additional [1]** 30/3
**additions [2]** 5/7 6/6
**address [9]** 6/4 7/7 17/23 23/6 27/24 29/8 29/9 29/10 35/23
**addressed [1]** 9/8
**addressing [2]** 9/6 24/3
**ADHD [1]** 25/3
**adjusted [1]** 5/19
**adopted [1]** 26/10
**adult [1]** 27/2
**advice [1]** 16/18
**advisory [2]** 5/22 32/10
**affect [1]** 16/14
**afford [1]** 30/24
**age [2]** 11/18 34/24
**Agent [1]** 2/13
**agents [1]** 34/21
**ago [4]** 16/20 17/4 17/17 23/24
**agree [2]** 15/2 36/2
**agreed [3]** 3/7 31/9 32/16
**agreement [11]** 3/7 5/25 9/16 10/1 10/1 10/5 12/23 31/19 32/17 34/2 37/11

**ahead [1]** 8/11
**albeit [1]** 18/3
**alienation [1]** 21/24
**alive [1]** 27/19
**ALLARI [1]** 1/20 2/19
**allegation [2]** 16/21 17/15
**allegations [1]** 21/13
**alleged [1]** 22/1
**allow [4]** 8/24 24/18 25/13 31/24
**allowed [2]** 10/18 19/7 24/8
**aloud [1]** 12/11
**alter [1]** 35/10
**ambiguous [1]** 25/17
**AMERICA [1]** 1/4 2/3
**amount [1]** 34/8
**analyzed [2]** 26/22 26/23
**anger [1]** 10/23
**animals [1]** 19/7
**animus [1]** 22/7
**answer [1]** 28/20
**anticipated [1]** 35/17
**anticipating [1]** 20/17
**ANTON [16]** 1/17 2/11 3/23 5/7 5/25 9/19 9/24 12/2 17/22 19/24 28/25 31/14 32/2 34/1 38/2 38/15
**anybody [1]** 28/11
**anyway [1]** 12/12
**apologize [2]** 30/8 31/12
**appeal [4]** 37/21 37/22 37/24 37/24
**appear [1]** 12/7
**appearances [2]** 1/16 2/10
**apply [2]** 6/13 37/24
**appointed [1]** 21/23
**approached [1]** 13/23
**appropriate [6]** 10/7 10/16 11/17 19/18 32/1 34/23
**appropriately [1]** 16/16
**April [1]** 27/15
**April 22nd [1]** 27/15
**area [3]** 23/15 25/12 27/3
**areas [1]** 25/2
**argue [2]** 8/24 8/24 9/3
**argued [2]** 18/7 36/21
**arguing [2]** 17/25 18/23
**argument [2]** 20/3 33/12
**arrested [2]** 18/11 29/13
**arrogantly [1]** 23/25
**article [1]** 29/16
**asked [2]** 12/10 33/20
**assessment [2]** 37/4

**37/89**
**assessments [1]** 37/3
**assets [1]** 35/18
**Assistant [2]** 1/18 1/21
**Association [1]** 29/17
**assume [1]** 27/8
**atmosphere [1]** 13/14
**attached [1]** 3/19
**attachment [1]** 3/19
**attachments [1]** 3/14
**attempt [3]** 21/25 22/2 22/5
**attempts [1]** 22/3
**Attorney [1]** 1/18
**Attorney's [2]** 15/9 35/13
**Avenue [1]** 35/24
**avoid [1]** 26/16
**aware [4]** 10/9 10/12 12/16 21/17
**awhile [1]** 25/3

**B**

**back [10]** 3/6 4/21 18/25 19/14 20/1 22/22 25/11 34/5 34/6 34/10
**background [5]** 10/3 10/11 16/10 30/20 38/7
**bad [2]** 11/14 11/15
**bankrupt [1]** 21/15
**bankruptcy [1]** 25/24
**banning [1]** 15/6
**base [1]** 5/17
**based [9]** 6/21 9/1 11/18 14/4 17/4 20/25 23/11 33/5 38/7
**basically [5]** 8/16 13/15 15/6 29/18 33/8
**basis [1]** 3/8 32/17
**battle [1]** 26/22
**Beam [2]** 3/18 9/2
**began [1]** 21/2
**beginning [1]** 2/10
**behalf [5]** 2/12 2/19 9/5 9/14 11/1
**behaved [1]** 11/18
**behavior [3]** 11/15 15/11 26/20
**behaviors [1]** 26/21
**belief [1]** 34/18
**believe [9]** 4/4 13/22 15/14 20/25 22/9 25/13 26/17 27/9 31/17
**believed [1]** 11/11
**believing [1]** 24/5
**belong [2]** 32/25 33/1
**beloved [1]** 24/24
**benefit [1]** 33/11
**BERUBE [27]** 1/20 2/5 2/18 4/1 4/16 4/22 6/3 6/22 9/18 10/5 10/11 11/1 12/19 20/1 26/5

**B**

BERUBE... [12] 28/23 30/5 30/16 31/4 31/15 32/3 32/8 34/1 34/8 37/17 38/1 38/17
best [2] 4/24 38/14
better [3] 31/1 34/19 38/12
big [1] 26/1
bipolar [1] 16/11
bit [3] 4/21 16/8 25/17
bitter [1] 13/2
blindly [1] 23/25
body [1] 24/22
border [1] 27/9
boss [1] 11/15
Boulevard [3] 1/18 1/21 1/24
bound [1] 24/25
boundaries [1] 24/9
brief [2] 4/10 4/18
briefly [2] 24/18 29/2
bright [1] 33/5
bring [1] 16/17
broken [1] 13/9
Brothers [1] 30/23
brought [4] 14/23 22/11 34/10 38/11
Broward [3] 1/18 1/21 1/24
build [1] 26/1
building [1] 18/22
burden [1] 26/1
Bureau [4] 7/9 34/16 35/12 36/11
business [2] 18/20 25/19

**C**

calculation's [1] 6/23
calculations [1] 6/1
call [5] 2/1 3/3 3/18 3/23 12/4
campaign [1] 21/2
Cape [1] 13/21
careful [1] 24/15
carefully [1] 4/12
case [26] 1/2 2/15 4/9 5/11 9/25 10/10 10/11 11/4 11/21 14/7 17/4 17/18 17/20 28/17 29/5 29/22 30/17 31/21 32/14 32/22 34/7 34/18 34/21 34/23 38/2 38/5
cases [4] 8/9 31/18 32/14 34/19
categorize [1] 19/9
category [1] 5/21
cause [2] 7/8 25/11
CBP [1] 2/14
Center [1] 32/6
centered [2] 23/20 24/6
certainly [1] 25/19
Certified [1] 39/3

certify [1] 39/3
Champion [1] 29/16
chance [2] 16/7 27/19
change [1] 35/14
changed [1] 21/5
changes [1] 10/5
character [1] 11/1
characterized [1] 33/7
charged [3] 11/14 17/18 19/2
charges [1] 15/3
charging [1] 30/4
check [1] 25/21
child [16] 14/17 14/20 14/23 15/4 15/6 19/15 23/10 23/20 24/1 24/6 24/14 29/5 29/12 29/14 32/19 38/6
child-centered [2] 23/20 24/6
children [2] 14/19 33/14
Christian [1] 30/23
Christmas [1] 13/24
claims [1] 29/11
classes [1] 26/18
clear [1] 22/17
clearly [6] 10/22 11/14 13/9 18/4 18/18 18/19 13/9 18/4 18/18 18/19
Clerk [2] 35/20 35/22
Clerk's [1] 35/24
client [16] 8/4 8/18 9/5 9/20 13/1 13/6 13/12 14/12 14/17 14/18 14/23 15/5 15/11 20/5 20/5 30/6
client's [5] 7/11 7/23 13/10 13/20 14/8
close [1] 11/5
closing [2] 8/13 31/16
CM [1] 3/4
CM/ECF [1] 3/4
coaching [1] 14/11
coast [1] 13/21
Code [1] 32/12
coherently [1] 16/15
collected [1] 18/21
collection [1] 36/18
collectively [1] 33/17
Colombia [4] 18/14 19/2 19/4 28/5
come [6] 13/10 20/17 31/19 34/2 34/5 34/6
comes [2] 14/4 25/18
comfortable [4] 9/9 9/10 20/10 34/8
coming [1] 30/19
comment [2] 25/13 29/3
comments [2] 8/13 9/4
committed [2] 23/19 34/16
committing [1] 36/15
common [1] 8/10
communication [1]

**/4/**
community [2] 11/2 23/19
company [1] 18/14
compelled [1] 20/10
complaint [2] 21/7 21/19 21/20
complete [4] 12/15 19/21 19/21 30/12
completely [1] 21/6
complicated [1] 5/16
comply [2] 36/13 36/19
comprehensive [1] 11/24
computation [2] 5/5 5/12
computer [1] 21/6
concern [1] 13/4
concerns [1] 15/9 26/5 28/8
concluded [1] 38/24
condition [3] 22/9 22/18 37/1
conditions [9] 9/11 11/20 14/16 25/5 31/25 33/19 36/14 36/20 36/22
conduct [1] 10/22
confident [1] 12/7
confirm [2] 24/7 24/16
confront [1] 22/10
Connecticut [1] 23/8
connection [1] 27/10
consider [3] 11/16 18/9 20/12
consideration [2] 13/18 33/2
considered [2] 32/9 36/20
consistent [1] 11/6
contact [16] 10/18 13/24 14/18 15/1 15/5 15/6 16/25 17/6 17/10 17/15 18/2 18/5 26/4 33/3 36/23 36/23
contacted [1] 13/25 22/21
contacting [1] 14/8
contained [1] 10/1 32/24
context [1] 27/2
contextually [1] 16/9
continue [1] 17/22
controlled [1] 36/17
conviction [1] 13/14
convincing [1] 21/2
cooperating [1] 36/17
copied [1] 24/16
copy [1] 7/18
Coral [1] 13/21
Corinne [2] 3/16 7/23
correct [5] 2/22 6/17 6/23 7/20 39/4
corrected [1] 8/6
correcting [1] 7/17

**corrections [2]** 5/8 6/7
correctly [1] 27/6
cost [2] 37/24 37/25
counsel [2] 18/7 18/10
counsel's [1] 2/12
counseling [1] 32/7
count [4] 32/19 34/17 36/9 37/5
counter [1] 16/17
counters [1] 16/19
country [5] 18/25 26/14 26/14 27/8 38/12
couple [4] 4/11 15/18 20/2
course [6] 3/3 3/7 3/20 10/8 26/7 29/20
court [42]
Court's [3] 16/11 33/2 37/18
court-appointed [1] 21/23
courthouse [4] 31/8 31/8 35/21 35/23
covered [2] 24/20 32/5
COVID [1] 19/3
CR [1] 1/2
create [1] 23/16
credit [2] 25/21 26/1
crimes [2] 30/3 36/15
criminal [3] 5/21 16/12 29/17
criminally [1] 17/18
current [1] 29/16
currently [1] 16/24
custody [4] 21/8 21/12 26/22 36/10
cut [1] 14/6

**D**

dad [2] 11/11 17/10
danger [3] 16/23 28/13 31/23
dangerous [1] 36/16
data [1] 18/13
date [1] 34/14
Dated [1] 39/6
daughter [25] 10/4 10/24 11/5 11/9 12/10 13/8 14/10 17/5 18/1 18/5 20/17 20/23 20/24 21/3 21/3 21/5 21/16 21/24 22/4 22/13 22/15 22/18 22/23 23/3 33/7
daughter's [2] 7/23 11/13
day [4] 13/23 27/15 34/1 39/6
days [3] 33/25 37/8 37/23
deal [3] 6/25 13/13 33/6

**dealing [4]** 6/16 10/23 33/4 38/6
deals [2] 25/23 26/4
debt [3] 25/23 25/25 36/23
decided [1] 29/18
deciding [1] 11/17
decisions [1] 26/9
decrease [1] 5/20
deep [1] 23/13
deeply [4] 24/17 24/17 28/18 28/18
defendant [20] 1/8 1/20 10/13 10/22 11/2 11/5 11/7 11/17 18/11 18/13 18/19 19/9 29/3 29/11 29/18 34/15 35/18 36/8 36/11 36/19
defendant's [5] 3/20 10/24 31/23 35/14 37/9
defendants [1] 34/4
Defenders [1] 1/21
defense [2] 2/17 18/7 18/10 19/19 29/17
Delbarton [4] 30/20 30/20 30/23 38/10
delete [1] 24/12
deleted [1] 30/2
deletions [2] 5/8 6/7
deliberately [1] 22/14
democracy [1] 24/23
Denmon [2] 3/14 3/15
dentist [2] 28/2 30/15
deny [1] 37/16
Denying [1] 27/2
Department [1] 21/19
dependencies [1] 25/7
designated [1] 15/20
desire [2] 24/8 33/11
destroy [3] 18/12 19/16 19/16
detail [1] 17/8
details [1] 17/11
determined [3] 33/25 34/14 37/7
develop [1] 25/6
device [1] 36/16
devices [1] 27/1
diagnosed [1] 16/10
diagnosis [1] 16/10
didn't [11] 5/14 11/13 15/14 17/24 18/3 18/9 18/23 19/16 22/23 30/11 30/16
difference [1] 25/15
different [2] 30/9 32/14
difficult [5] 14/13 16/13 23/14 24/22 27/12
directly [1] 23/24
disclosure [2] 25/16 36/22

**D**

discovery [1] 18/10
discuss [1] 4/13
disease [2] 16/11 21/2
disorder [2] 16/11 21/2
disowned [1] 24/23
district [6] 1/1 1/1 1/14 26/10 31/9 36/12
districts [1] 26/11
disturbing [1] 14/12
divorce [3] 13/2 13/7 28/4
DNA [1] 36/18
docket [6] 3/13 3/14 3/15 3/16 3/21 3/22
doctors [1] 21/5
document [1] 4/8
documented [2] 19/8 21/6
documents [5] 3/6 3/23 4/17 18/17 28/4
dog [4] 24/24 28/15 30/15 30/18
doing [6] 10/25 18/24 20/11 26/22 31/4
DOMINGUEZ [13] 1/20 2/6 2/19 4/23 17/21 30/5 31/4 31/6 31/16 34/2 34/9 38/1 38/18
Dominguez's [1] 2/22
Dr. [1] 22/21
Dr. Libertazzo [1] 22/21
dream [1] 23/17
drive [3] 18/11 18/18 19/15
drives [1] 19/8
drug [1] 25/6
duties [1] 24/12

**E**

earnings [1] 35/9
earth [1] 23/2
East [3] 1/18 1/21 1/24
ECF [1] 3/4
education [6] 8/5 10/3 17/14 26/7 33/5 38/7
education-based [1] 33/5
egregious [1] 24/10
either [1] 37/18
elderly [2] 14/2 14/8
electronic [1] 27/1
employees [1] 8/18
employment [1] 36/24
empower [1] 18/14
empowering [1] 19/10
ends [1] 24/6
enforcement [1] 18/12
enjoy [1] 26/18
entered [1] 10/10
entire [1] 8/5

entitled [1] 38/9
entry [7] 3/13 3/14 3/15 3/16 3/21 3/22 37/23
environment [2] 22/12 22/17
equipped [1] 27/21
era [1] 24/20
errors [2] 7/2 7/3
especially [2] 16/12 23/15
essence [1] 33/10
establish [1] 28/6
estimate [1] 26/6
evaluations [1] 25/4
evidence [3] 18/1 18/18 18/19
evidenced [1] 18/5
evidences [1] 19/1
ex [9] 11/5 13/1 13/5 14/7 20/24 21/9 22/8 22/18 33/9
ex-wife [9] 11/5 13/1 13/5 14/7 20/24 21/9 22/8 22/18 33/9
exactly [2] 2/22 25/18
examine [1] 27/1
example [1] 15/11
exhibit [1] 26/20
existed [2] 10/11 23/22
existing [1] 24/2
exists [1] 10/22
expect [1] 11/13
expensive [1] 25/11
experience [1] 20/25
experts [2] 20/25 21/18
exploiting [1] 19/1
exposure [1] 38/3
express [1] 23/13
extended [1] 34/20
extra [1] 7/25
extract [2] 13/7 18/12
extreme [1] 23/4
extremely [1] 33/4

**F**

faced [1] 24/19
facility [3] 7/10 15/21 37/15
fact [8] 8/25 15/1 23/10 26/9 26/23 29/10 34/24 37/18
factors [1] 32/11
facts [1] 19/11
factual [2] 3/8 32/17
failed [2] 24/7 24/12
fair [3] 10/6 26/12 34/22
familiar [1] 16/11 38/10
family [10] 13/9 14/3 21/7 21/10 21/19 22/22 26/10 26/13 27/5 33/1

fantastic [1] 38/2
far [2] 24/10 36/21
fatal [1] 7/24
father [2] 20/24 22/14 22/19 23/2
fault [1] 21/4
FCRR [2] 1/23 39/8
Fearful [2] 22/7 22/9
February [1] 39/6
federal [6] 1/21 15/20 32/5 35/3 35/23 38/7
feel [2] 20/10 26/15
feelings [1] 12/8
feels [1] 29/4
felt [1] 24/2
feverishly [1] 23/15
Fictitious [1] 21/2
figure [1] 24/19
file [1] 6/10
filed [3] 6/12 21/18 37/22
filings [1] 3/3
finalize [1] 28/4
Finally [1] 24/25
financial [7] 25/16 28/1 35/4 35/6 35/17 35/24 36/22
find [2] 22/16 29/12
finding [2] 33/22 37/18
fine [1] 33/23
fines [1] 37/2
firearm [1] 36/16
firm [1] 34/18
first [4] 4/7 5/7 9/19 20/3 25/2 29/6 33/22
five [6] 5/24 8/12 10/14 11/18 11/20 26/19
five-year [4] 5/24 10/14 11/18 11/20
flight [3] 28/9 28/12 31/23
floor [1] 31/8
FLORIDA [7] 1/1 1/8 1/19 1/22 1/25 13/21 35/25
flying [1] 27/8
focus [1] 32/15
followed [1] 11/21
following [2] 10/16 36/19
follows [1] 35/2
foregoing [1] 39/3
forever [1] 24/21
forfeited [1] 37/13
forfeiture [2] 37/9 37/12
forgiveness [1] 28/18
forma [1] 37/25
formal [1] 6/11
formally [1] 6/6
former [1] 11/5
Fort [4] 1/8 1/19 1/22 1/25
forth [1] 4/21 25/11

32/11
fortunate [1] 31/5
forward [1] 27/21
forwarded [1] 35/22
fought [1] 23/16
found [2] 19/5 22/3
four [4] 8/3 25/1 31/9 33/21
fourth [1] 27/11
Francesca [1] 3/15
frankly [2] 32/24 38/7
friends [4] 14/19 24/24 28/6 28/15
front [1] 3/2
fully [2] 25/14 25/21
furlough [2] 27/17 37/16
further [1] 35/1
future [1] 23/5

**G**

gaining [1] 23/17
gains [1] 35/17
gaslighted [1] 33/8
gentleman [1] 22/21
getting [2] 5/15 28/1
girlfriend [2] 14/19 15/5
give [2] 17/19 22/14
given [5] 17/1 17/17 34/23 34/24 34/24
giving [1] 27/17
go [19] 2/8 3/1 3/6 4/21 5/4 6/5 8/11 9/18 11/11 24/9 26/18 28/2 28/14 30/15 30/23 33/18 33/19 34/25 38/15
goal [2] 23/4 26/15
goes [3] 7/9 13/15 15/4
going [17] 4/16 7/11 8/23 8/24 12/12 13/7 14/9 20/14 22/16 23/7 27/21 29/8 29/10 31/7 31/15 31/19 37/9
good [9] 2/2 2/11 2/18 2/24 2/25 17/10 24/11 28/16 31/3
gotta [1] 30/18
government [6] 1/17 2/10 10/17 12/21 35/16 38/16
government's [4] 3/22 10/13 14/22 19/21
grandparents' [1] 17/9
great [9] 2/9 4/1 4/6 13/13 17/7 17/19 23/19 29/15 31/2
greatest [1] 22/13
gross [1] 35/9
guarantee [1] 13/15
guideline [1] 5/22
guidelines [1] 32/11
guilty [1] 14/17

**H**

handle [3] 14/2 29/19 34/11
handling [1] 34/9
happen [1] 7/11
happened [4] 17/4 23/7 25/9 38/13
happening [2] 19/11 19/23
happy [3] 9/23 20/12 28/20
hard [4] 29/20 38/22
has I [1] 3/18
haunt [1] 24/21
he'll [1] 35/8
head [1] 33/8
health [2] 11/20 23/24
hear [2] 9/23 15/19
hearing [6] 2/4 4/8 20/18 29/19 33/25 34/5
help [6] 18/15 25/1 25/3 25/6 27/21 28/16
helping [2] 23/20 27/25
hermit [1] 15/7
higher [1] 34/25
hint [1] 26/8
history [1] 5/21
hold [1] 31/7
holidays [1] 13/24
Homeland [1] 26/25
Honor [38] 2/8 2/11 2/18 3/25 4/5 5/10 6/2 6/8 6/8 6/24 7/15 8/6 8/12 9/4 9/11 9/13 10/21 12/12 12/24 13/5 13/17 15/2 15/8 15/19 16/3 20/7 20/13 23/9 28/14 30/7 32/4 36/4 37/20 38/16 38/19 38/19 38/20 38/21
HONORABLE [1] 1/13
honored [1] 26/9
hope [2] 27/7 28/18
hoped [2] 22/24 28/11
hopefully [1] 32/6
hoping [2] 13/17 14/12
Hopkins [3] 8/4 8/10 31/1
hours [2] 21/16 36/10
house [1] 17/9
HSI [1] 2/13
humiliated [1] 8/18
hurt [2] 16/21 30/18

**I**

I'd [1] 29/2
I'll [2] 7/18 8/11 25/25
I'm [25] 8/23 8/23 9/23 10/11 12/12 13/16 19/19 20/14 23/7 25/15 25/18 26/19 28/9 28/12 28/16

**I**

I'm... [10] 28/18 29/25 30/3 30/9 30/11 31/11 31/15 32/13 33/24 38/10

I've [30] 4/3 5/15 5/17 8/4 9/8 9/24 9/25 9/25 9/25 10/4 21/15 22/21 23/3 24/23 25/3 25/24 26/6 26/9 26/22 26/23 28/8 28/10 29/24 29/24 30/12 32/5 32/9 32/10 32/11 32/21

ideal [1] 30/6

identified [1] 37/10

identify [1] 19/4

illuminated [1] 28/17

images [2] 14/24 33/14

immediately [1] 37/5

impact [2] 11/3 17/20

implement [1] 31/24

important [11] 11/16 13/23 15/20 17/25 18/25 19/13 19/22 20/16 23/8 27/23 31/20

impose [1] 9/15

imposed [5] 9/17 35/5 35/7 37/18 37/22

imposition [1] 32/7

impoverished [1] 18/15

imprisoned [1] 34/17

imprisonment [2] 36/8 37/6

improper [3] 17/6 17/12 17/15

inappropriate [3] 14/25 15/11 18/4

inappropriately [1] 14/23

inappropriateness [1] 26/8

incarcerated [1] 34/5

incarceration [3] 27/14 35/2 35/8

incentive [1] 24/14

inclined [1] 13/17

include [3] 18/9 27/24 36/15

including [2] 9/1 24/24

income [1] 35/18

incorporate [1] 37/12

incorrectly [1] 7/10

increase [1] 17/3

increases [1] 5/18

indicate [2] 18/18 18/19

indicated [1] 10/19

indication [2] 14/20 15/10

indictment [2] 3/8 32/18

individual [4] 13/12

**J**

15/1 23/21 33/4

industry's [1] 35/3

information [2] 10/2 21/9

insignificant [1] 11/19

insinuation [1] 17/7

inspected [1] 27/9

insurance [1] 27/24

intend [2] 17/24 18/23

intent [2] 23/12 25/8

intentions [1] 24/11

interest [2] 35/11 37/10

interesting [1] 19/10

interventions [1] 24/2

investigate [1] 21/21

investigated [1] 28/12

investigation [11] 3/9 4/9 5/6 5/8 5/13 6/7 6/9 9/1 14/15 14/22 19/4

investigator [2] 2/14 25/14

involved [4] 4/8 15/17 33/5 34/7

involvement [1] 36/24

involves [1] 25/12

isolated [1] 28/15

issue [2] 8/10 29/16

issues [6] 8/6 10/22 14/3 26/23 33/6 33/7

it's [36] 2/24 3/14 4/9 4/10 5/15 5/24 8/20 8/25 8/25 11/15 11/21 12/12 14/1 14/5 14/21 16/13 17/25 18/25 19/13 19/22 21/6 22/4 23/8 30/3 31/10 31/20 32/13 32/17 32/17 33/22 34/15 34/18 34/22 34/24 35/1 35/21

It's just [1] 31/10

**J**

January [1] 1/8

Jersey [2] 21/10 30/22

Jersey's [1] 21/19

job [4] 24/9 35/3 35/5 38/2

jobs [1] 30/6

JODI [2] 1/17 2/11

John [1] 8/11

Johns [3] 8/3 8/9 31/1

joint [1] 17/3

Jude [1] 2/13

judge [11] 1/14 10/8 11/23 16/5 17/24 29/2 29/21 30/9 31/6 31/22 34/19

judges [1] 26/11

judgment [2] 34/15 37/23

jumping [1] 8/16

justice [2] 16/13 35/11

justification [1] 29/4

**K**

29/7

justified [1] 24/6

**K**

KADRI [25] 1/7 2/3 2/5 2/19 3/16 4/7 6/10 6/13 6/18 9/5 9/14 13/22 15/5 16/7 16/17 20/8 28/22 32/15 33/23 34/4 34/16 36/13 37/14 37/17 37/21

Kadri's [5] 10/3 12/10 16/10 34/24 35/2

Keep [1] 12/25

kids [1] 30/22

Kimberly [1] 3/17

kind [7] 3/1 3/11 16/11 22/24 22/25 31/3 33/21

knee [1] 28/3

knew [1] 25/14

know [41]

knowledge [1] 21/10

known [1] 21/1

knows [3] 9/21 14/24 14/24

**L**

lady [1] 14/2

lastly [1] 20/5

Lauderdale [4] 1/8 1/19 1/22 1/25

laughed [1] 22/2

law [4] 18/12 23/12 23/14 24/7

lawyers [7] 4/13 4/21 29/19 31/2 31/17 34/18 34/19

Lawyers' [1] 29/17

learning [1] 26/18

leave [1] 37/24

legal [3] 24/7 24/8 28/4

length [2] 4/10 33/18

letter [18] 3/13 3/15 3/16 3/17 4/2 10/24 11/9 11/13 12/11 12/15 13/8 13/8 14/10 14/11 17/5 17/11 18/1 18/6

letters [26] 3/11 9/1 10/9 10/21 11/1 11/4 11/7 11/23 12/3 12/8 12/24 13/5 13/18 13/19 13/25 14/22 16/8 16/18 16/19 17/2 32/21 32/24 32/25 33/1 33/6 38/4

level [7] 5/5 5/11 5/17 5/19 5/20 27/10 38/7

levels [2] 5/18 5/19

Libertazzo [1] 22/21

licensed [1] 3/22

life [16] 8/5 10/15 13/10 14/6 14/14 15/7

**M**

18/16 22/20 23/16 23/17 27/18 27/18 36/3 36/9 37/6 38/13

lifetime [1] 11/22

lifting [1] 10/17

limped [1] 30/17

limping [1] 28/2

lines [1] 8/9

listen [1] 29/15

listening [1] 28/20

literally [1] 27/4

little [4] 6/19 16/8 25/17 27/19

live [6] 12/5 14/6 15/7 15/16 18/20 25/8

lives [4] 11/3 12/3 13/21 14/5

living [3] 18/16 22/6 27/7

local [1] 12/4

locked [1] 28/14

logs [1] 19/5

long [4] 10/25 11/21 16/25 17/17

look [3] 8/7 30/13 32/9

looked [1] 32/11

looking [1] 31/9

loose [1] 14/6

lot [3] 5/15 25/24 33/20

love [3] 20/23 20/24 23/3

loved [1] 30/23

loves [1] 23/2

loving [3] 22/19 22/19 26/12

low [1] 37/25

luck [1] 38/14

Lynn [1] 7/12

**M**

M-A-L-L-O-Y [2] 7/12 7/19

ma'am [1] 16/6

magazine [1] 29/17

main [1] 4/8

making [2] 19/11 33/11

Malloy [2] 7/12 7/17

manage [1] 18/12

mandatory [6] 10/14 11/19 24/25 33/23 34/24 36/14

manic [1] 25/3

manipulation [2] 10/23 21/25

manner [1] 37/19

material [1] 35/14

materials [2] 26/25 37/1

matter [3] 26/9 26/23 39/5

matters [1] 32/24

maximum [1] 29/21

McCoy [2] 7/13 7/17

mean [10] 5/14 8/9

**M**

9/24 29/7 30/9 30/15 30/18 30/19 31/2 38/8

means [4] 24/6 27/4 33/10 37/25

meant [1] 5/14

medical [3] 15/21 32/6 37/14

medicated [1] 16/14

medication [1] 16/13

meds [1] 25/7

meetings [1] 21/16

members [1] 27/5

memory [3] 17/6 17/11 18/4

mend [1] 30/14

mentality [1] 24/6

mentally [1] 21/3

mention [3] 17/13 27/11 30/16

mentioned [2] 3/24 8/4

mercy [1] 28/19

Merit [1] 39/2

message [1] 4/18

Miami [4] 35/21 35/23 35/24 35/25

mind [2] 12/25 30/3

mine [1] 23/3

minimize [2] 15/3 15/3

minimized [1] 38/3

minimum [5] 5/24 10/14 11/18 25/1 35/6

minor [3] 15/2 15/17 22/15

minors [8] 10/18 14/19 17/16 19/3 26/4 33/3 36/23 36/24

minutes [1] 2/6

missed [1] 4/3

missing [2] 5/14 36/7

misspelling [1] 8/10

mistake [1] 24/10

mistakes [2] 24/19 28/17

mistreated [1] 16/21

molestation [1] 18/4

mom [1] 14/11

money [2] 19/1 23/3

monitor [2] 24/1 35/13

monitoring [2] 24/11 27/10

month [2] 19/18 32/7

monthly [1] 35/9

months [8] 5/22 5/23 6/23 6/23 9/16 12/22 14/13 34/17

months' [1] 37/6

mood [1] 16/14

morning [3] 2/2 2/11 2/18

mother [8] 13/21 13/22 14/8 22/19 27/14 27/25 28/15 30/14

mother's [1] 27/18

motion [1] 37/16

**M**

moving [1] 24/2
Mr [1] 28/22
Mr. [49]
Mr. Berube [25] 2/5
4/1 4/16 4/22 6/3 6/22
9/18 10/5 10/11 11/1
12/19 20/1 26/5 28/23
30/5 30/16 31/4 31/15
32/3 32/8 34/1 34/8
37/17 38/1 38/17
Mr. Kadri [19] 2/5
2/19 4/7 6/10 6/13
6/18 9/5 9/14 15/5
16/7 16/17 20/8 32/15
33/23 34/4 36/13
37/14 37/17 37/21
Mr. Kadri's [5] 10/3
12/10 16/10 34/24
35/2
MRI [2] 28/3 30/17
Mrs. [1] 13/22
Mrs. Kadri [1] 13/22
Ms [1] 5/7
Ms. [26] 2/6 2/22 3/23
4/23 5/25 9/2 9/19
9/24 12/2 17/21 17/22
19/24 28/25 30/5 31/4
31/6 31/14 31/16 32/2
34/1 34/2 34/9 38/1
38/2 38/15 38/18
Ms. Anton [13] 3/23
5/25 9/19 9/24 12/2
17/22 19/24 28/25
31/14 32/2 34/1 38/2
38/15
Ms. Beam [1] 9/2
Ms. Dominguez [11]
2/6 4/23 17/21 30/5
31/4 31/6 31/16 34/2
34/9 38/1 38/18
Ms. Dominguez's [1]
2/22
Munchausen [4] 21/1
21/18 21/20 33/10
murder [1] 11/12

**N**

name [5] 2/22 7/10
7/12 7/19 7/23
named [1] 22/21
narrative [1] 19/10
narrowly [1] 31/25
National [1] 29/17
near [1] 13/16
nearly [1] 7/24
need [17] 2/6 3/23
9/21 22/16 25/4 25/25
27/19 27/24 28/2 28/3
28/4 28/5 28/6 29/8
30/14 30/17 34/25
neither [1] 23/22
network [1] 28/7
never [12] 13/15 15/14
17/15 17/18 21/8
21/12 21/13 22/1 26/7

26/14 28/10 38/4

nevertheless [2]
14/12 15/4
new [6] 21/10 21/19
25/23 25/25 30/22
36/23
New Jersey [2] 21/10
30/22
news [1] 24/20
Nice [2] 2/16 2/21
night [1] 28/14
normally [1] 5/23
North [1] 35/24
note [2] 12/8 17/25
noted [1] 37/3
notice [1] 37/22
number [12] 6/11 6/11
7/22 8/3 8/12 8/17
25/16 25/23 26/4
26/17 26/25 27/7

**O**

object [2] 10/17 37/18
objection [7] 6/10
6/11 6/14 7/18 7/22
8/17 8/23
objections [13] 3/20
4/15 5/5 5/7 6/4 6/6
6/11 6/25 8/5 8/8 8/8
9/8 9/10
objects [1] 8/18
obligations [3] 35/4
35/6 35/19
obviously [6] 9/5 9/25
10/15 12/2 15/13
27/21
occasions [1] 15/16
occupation [1] 33/6
offender [3] 26/17
36/25 37/1
offense [5] 5/5 5/11
5/17 5/19 5/20
office [6] 15/9 18/22
35/12 35/13 35/24
36/12
Officer [2] 2/14 25/20
Officer Winchester [1]
2/14
Official [1] 1/24
offline [1] 13/13
okay [23] 2/9 4/1 4/6
4/15 5/1 5/2 6/3 6/15
6/18 7/14 7/21 8/2
8/20 9/22 11/25 12/9
12/16 16/1 23/5 31/13
32/2 32/9 36/1
old [2] 13/22 27/14
ones [2] 3/12 5/16
ongoing [1] 26/21
online [2] 19/12 24/20
opinion [1] 24/11
opportunity [2] 4/12
27/1
opposite [1] 27/13
order [7] 2/1 27/18
28/2 37/4 37/9 37/11

37/12

ordered [1] 35/1
organizations [1]
36/24
organize [1] 28/5
outside [2] 24/9 27/16
overrule [1] 8/23
owned [1] 18/21
ownership [1] 30/12

**P**

p.m [1] 38/24
page [1] 8/20
pages [3] 4/10 5/12
5/14
paid [2] 25/4 37/4
papers [3] 15/22 22/5
28/4
paragraph [4] 7/14
7/22 8/11 8/17
paragraphs [1] 5/18
parent [1] 11/14
part [8] 11/9 12/11
12/12 25/12 26/13
33/12 36/2 37/3
participation [1]
15/24
particular [2] 5/11 7/6
particularly [1] 16/24
parties [1] 32/10
passes [1] 27/22
passport [1] 28/10
passwords [1] 28/5
patience [1] 20/15
PAUL [3] 1/7 2/3
34/16
Paul Kadri [1] 34/16
pauperis [1] 37/25
pay [6] 33/23 35/4
35/5 35/8 35/15 37/24
payable [1] 35/20
payment [1] 35/2
35/10 35/13
payments [2] 27/25
35/16
penalty [1] 17/3
pending [1] 37/7
people [7] 11/2 11/4
13/25 14/6 14/21
16/12 20/10
people's [1] 14/5
percent [3] 18/21 35/4
35/9
performing [1] 19/12
period [2] 14/13 34/1
periods [1] 34/20
person [4] 4/24 11/7
25/20 28/16
personal [1] 25/19
photographs [1]
15/15
physical [1] 18/2
pictures [9] 15/12
15/13 23/22 24/3
24/13 24/13 24/16
25/14 27/5

piece [1] 31/20
Pingry [1] 30/24
place [1] 14/2
placed [3] 33/8 36/9
37/14
placement [2] 25/2
25/5
Plaintiff [1] 1/5
planning [2] 20/14
25/9
play [1] 25/18
played [1] 38/11
plea [10] 3/7 3/7 9/15
10/1 10/3 10/10 12/22
32/17 36/2 37/10
pleadings [2] 10/19
18/9
pleasant [1] 14/1
please [4] 24/18 25/12
26/18 31/24
pleasure [1] 23/23
pled [2] 14/17 32/18
point [6] 11/11 23/5
23/23 25/4 25/25 31/1
points [1] 33/21
polygraphs [1] 26/22
poorly [1] 11/8
pornographic [2]
14/24 33/14
pornography [9]
14/17 19/15 23/11
24/1 29/5 29/12 29/14
32/19 38/6
position [4] 10/13
15/15 19/21 29/5
positive [2] 11/2 14/1
possessing [4] 29/4
29/14 36/16 36/17
possession [4] 23/22
24/4 30/2 36/25
possible [3] 20/23
25/10 28/3
possibly [1] 22/25
potential [1] 13/13
potentials [1] 23/21
preclude [1] 35/16
predatorial [1] 26/20
prefer [1] 34/5
preliminary [1] 37/11
prepare [2] 4/18 20/18
prepared [1] 27/13
prescription [1] 25/7
present [4] 2/12 4/23
20/4 20/7
presentation [2] 4/22
8/14
presented [3] 14/21
16/18 32/13
presentence [12] 3/8
3/21 4/9 5/5 5/8 5/12
6/7 6/9 8/25 14/15
32/10 37/3
pretty [2] 8/10 31/18
previous [1] 7/24
primary [1] 2/14
prison [7] 11/11 26/18

27/19 33/18 34/16
35/3 37/15
Prisons [3] 34/16
35/12 36/11
Prisons' [1] 7/10
probably [1] 29/22
probation [4] 15/9
25/20 35/12 36/11
problem [3] 7/16
15/12 26/14
problematic [1] 7/24
problems [2] 7/8 26/8
proceedings [3] 1/12
38/24 39/4
proceeds [1] 18/21
process [1] 21/15
profit [1] 23/23
profusely [1] 31/12
program [3] 15/25
25/6 32/6
prohibited [1] 36/15
pronounced [1] 37/19
property [1] 37/10
prospective [1] 21/20
protect [1] 26/19
protecting [1] 23/20
proven [1] 21/14
provided [1] 18/10
Proxy [2] 21/1 33/10
PSI [5] 10/20 11/24
18/13 25/12 25/14
psychiatric [1] 32/6
psychological [2]
10/23 26/21
psychologist [2]
21/23 22/2
public [1] 1/21 23/17
24/19
punishments [1]
24/18
purposes [2] 12/10
29/12
pursuant [1] 9/15
put [1] 15/22
puts [1] 5/21

**Q**

quarrel [1] 4/17
quarter [1] 35/6
question [3] 8/25
13/19 36/2
questions [1] 28/21
quickly [1] 25/13

**R**

RAAG [1] 1/13
raised [1] 26/5
range [1] 5/22
rare [1] 15/16
rate [1] 35/9
RDAP [3] 15/24 32/6
36/21
reach [1] 23/20
reached [1] 10/6
reacted [1] 11/3
read [11] 4/12 8/7 8/9

**R**

read... [8]  9/25 11/13
12/8 12/10 12/15
20/19 20/21 27/3
reading [2]  12/25 27/6
ready [2]  2/8 20/8
reality [1]  22/5
realize [1]  11/18
really [10]  4/21 4/24
5/23 6/15 8/13 10/1
17/10 27/24 32/4
32/21
Realtime [1]  39/3
reason [5]  23/6 23/12
25/14 30/5 30/15
rebuild [1]  27/20
recall [1]  18/13
receive [1]  14/12
received [7]  10/9
10/21 11/4 12/24 16/8
32/21 38/4
recognize [2]  23/14
26/20
recognizes [1]  31/6
recommend [2]  36/21
37/14
recommendation [5]
9/15 17/3 17/20 19/20
25/2
recommendations [1]
34/21
recommended [1]
12/22
reconciliation [1]
13/11
record [5]  12/9 12/11
12/12 19/20 39/4
recovered [2]  18/17
19/8
refers [1]  29/18
reflected [3]  32/16
32/17 32/18
regard [1]  36/1
regarding [4]  8/17
14/8 14/15 14/16
regardless [1]  23/12
Registered [1]  39/2
registration [1]  37/2
regret [1]  23/13
reimbursements [1]
28/1
relate [2]  32/21 32/22
related [3]  17/19
23/15 25/8
relating [1]  6/15
relationship [2]  27/20
30/14
relatively [1]  4/10
release [14]  9/11
10/15 11/22 14/16
33/19 33/20 35/8 36/1
36/8 36/9 36/10 36/13
36/14 37/7
released [1]  36/12
relief [1]  21/24
remaining [1]  24/13

remarkable [1]  24/8
remarks [1]  31/16
remember [1]  26/18
remembered [1]
17/12
remembers [1]  17/8
remote [2]  18/8 18/24
remove [1]  25/7
report [18]  3/9 3/9
3/10 3/21 4/9 4/10 5/6
5/9 5/13 6/7 6/9 9/1
14/16 26/2 32/10
35/14 36/11 37/3
reporter [5]  1/23 1/24
27/17 39/2 39/3
reporting [1]  30/13
request [5]  14/15
27/12 27/16 32/5 33/2
requested [1]  6/10
requesting [3]  9/14
9/16 15/8
requests [1]  15/18
requirement [1]  36/22
research [1]  24/7
residential [1]  25/6
resolve [1]  31/18
respectfully [1]  25/1
response [2]  3/22
6/16
responsibility [2]  5/20
23/13
responsible [1]  23/24
rest [1]  6/25
restitution [13]  33/24
33/24 34/5 34/8 34/13
35/1 35/8 35/13 35/18
35/20 35/22 37/2 37/7
restriction [2]  36/23
36/25
restrictions [1]  25/10
resubmitted [1]  21/11
reunited [1]  23/5
revenge [1]  13/6
review [1]  4/13
reviewed [4]  6/12 10/1
25/17 32/10
reviewing [2]  6/9
24/15
right [18]  2/2 2/20 3/1
4/7 5/4 6/21 7/16 8/1
9/13 15/24 18/24 20/1
20/9 22/19 28/22
34/13 37/10 37/21
risk [3]  28/9 28/12
31/23
RMR [2]  1/23 39/8
ROBERT [2]  1/20 2/18
rock [1]  28/13
room [2]  17/9 35/25
rules [1]  19/7
run [1]  25/20
running [1]  18/19
runs [1]  11/6

**S**

sacrifice [2]  22/14

23/4
sad [2]  28/14 31/11
safer [1]  26/16
safety [3]  23/15 23/24
26/15
sanction [1]  10/17
satisfy [1]  35/18
save [1]  18/15
saw [4]  9/12 17/14
22/1 28/2
saying [4]  6/22 29/25
30/2 33/9
says [2]  17/5 26/2
sceptical [1]  13/18
schedule [1]  35/10
school [3]  13/14
26/10 38/12
schools [2]  21/5
23/18
scribner's [1]  7/3
search [1]  37/1
seated [1]  2/19
second [4]  3/10 24/10
25/8 29/25
secretary [1]  11/6
Section [1]  35/24
secure [1]  27/25
securing [1]  27/24
Security [1]  26/25
see [13]  2/16 2/21 7/9
9/19 12/3 14/7 16/9
17/1 17/7 17/22 30/15
30/18 34/23
seeing [1]  22/1
seek [1]  13/6
seeking [1]  25/3
seen [4]  8/8 21/15
29/24 38/5
selected [1]  23/18
self [4]  27/17 30/13
31/24 37/16
self-reporter [1]  27/17
self-reporting [1]
30/13
self-surrender [2]
31/24 37/16
sense [3]  5/16 25/24
32/13
sent [1]  35/21
sentence [23]  9/15
9/16 10/14 11/17
11/19 11/21 12/22
14/13 19/18 25/1
28/11 28/19 29/21
31/10 31/18 32/7
33/18 34/23 34/25
37/6 37/17 37/19
37/22
sentenced [1]  10/14
sentencing [5]  1/12
2/4 4/8 29/19 32/16
separated [1]  24/24
separately [1]  20/3
September [1]  23/10
September 20th [1]
23/10

series [1]  3/11
serious [2]  15/12
30/16
served [1]  24/21
set [2]  32/11 33/25
setting [1]  34/7
seven [1]  8/17
sex [6]  18/20 19/6
19/12 26/17 36/25
37/1
sexual [3]  17/6 26/25
36/25
short [1]  31/3
show [1]  16/23
showed [1]  16/22
sick [2]  21/4 33/11
side [1]  29/1
sides [2]  29/15 32/23
signed [1]  37/11
simultaneous [1]
19/14
SINGHAL [2]  1/2 1/13
sir [4]  28/24 30/19
38/9 38/13
sister [2]  7/11 24/23
sitting [2]  16/7 31/2
situation [1]  13/9
six [1]  5/18
skin [1]  29/24
sleep [2]  17/9 28/14
slowly [1]  24/3
small [5]  15/19 15/20
solid [1]  28/13
somebody [1]  16/14
somewhat [1]  13/18
sorrow [1]  23/13
sorry [5]  24/14 24/17
28/18 30/7 30/11
sought [1]  29/11
SOUTHERN [1]  1/1
speak [3]  2/7 11/23
20/9
speaks [1]  15/18
special [8]  2/13 9/11
14/16 36/20 36/22
37/2 37/4 37/8
specific [1]  18/4
specifically [3]  11/8
12/10 27/4
spell [1]  7/18
spelled [1]  7/10
spelling [2]  7/23 8/3
spellings [1]  7/3
spoke [2]  21/18 26/5
spooning [1]  18/2
stability [1]  16/15
staff [1]  21/21
standard [1]  36/14
standing [2]  12/21
17/23
start [2]  2/5 22/25
starting [1]  18/14
state [1]  32/25
statements [2]  23/1
32/9
states [12]  1/1 1/4

1/18 2/3 2/12 13/6
14/18 19/15 26/19
32/12 35/21 37/5
statutory [1]  32/11
stayed [3]  22/10 22/11
22/14
staying [1]  23/4
strain [1]  27/20
strategies [1]  25/6
straying [1]  19/19
stress [1]  21/9
strongly [1]  20/24
struggled [1]  27/15
student [2]  23/15
26/15
students [7]  17/16
23/20 23/25 26/6 26/8
26/15 26/19
submit [1]  25/19
submitted [1]  21/9
substance [1]  36/17
successfully [1]
21/18
suffered [2]  21/17
33/9
suffers [1]  21/1
suggest [2]  5/14
25/19
suicide [3]  21/25 22/2
22/5
superintendent [2]
23/18 30/1
supervised [11]  9/11
10/15 11/22 14/16
33/19 33/20 36/1 36/9
36/13 36/14 37/7
supervision [1]  15/16
support [2]  9/2 28/6
sure [18]  3/4 3/12 4/3
4/20 4/20 8/15 9/7 9/7
10/11 13/3 13/15 16/4
20/20 25/10 25/15
25/18 25/21 36/7
surgery [2]  27/25 28/3
surprised [1]  28/9
surrender [2]  31/24
37/16
surrendered [2]  27/15
28/10
Susan [1]  3/14
synopsis [1]  3/19
system [4]  16/13
32/25 33/1 37/15
systematically [1]
21/4

**T**

table [1]  2/13
tailored [1]  31/25
take [6]  6/5 13/17
15/14 27/4 27/5 30/12
taken [4]  15/11 21/12
25/25 29/22
talk [4]  4/19 4/24 10/6
15/13
talked [2]  24/5 30/10

**T**

talking [3]  20/25
29/13 29/25
talks [1]  17/8
taxes [1]  25/20
teeth [1]  30/18
tell [6]  9/25 19/3 26/24
31/14 38/4 38/10
telling [5]  6/13 10/20
10/25 14/2 30/9
tennis [1]  38/11
term [3]  10/15 34/17
36/3
terms [5]  10/3 31/17
33/2 34/4 34/7
testify [1]  12/7
testing [1]  26/21
thank [22]  4/6 5/3 6/8
12/1 12/2 12/17 12/18
12/20 12/21 17/21
19/24 19/25 20/13
28/20 28/22 32/7 32/8
34/11 38/19 38/20
38/21 38/22
Thanks [1]  32/2
therapeutic [2]  22/12
22/17
therapy [1]  22/25
thick [1]  29/24
thing [3]  7/4 27/11
31/5
things [9]  13/13 15/19
15/20 20/2 24/2 27/23
29/22 30/16 33/17
think [37]  3/13 3/23
3/25 5/22 6/22 7/14
8/20 9/24 10/15 10/18
10/20 11/9 11/15
11/20 11/23 13/4
13/12 15/22 16/2
16/15 16/25 17/25
18/25 19/13 19/18
19/21 22/13 23/3 23/8
26/2 27/4 28/3 29/2
30/19 37/11 38/1
38/12
think's [1]  10/6
thinking [3]  29/25
30/3 30/4
third [1]  25/12
thorough [1]  19/4
thought [4]  11/12
27/12 30/11 36/6
thousands [1]  23/23
threat [2]  24/3 24/12
threatened [1]  8/18
threats [1]  24/1
Three [1]  5/19
threw [1]  21/7
thrown [2]  21/11
24/23
thumb [4]  18/11 18/18
19/8 19/15
time [22]  3/6 9/13 10/2
10/10 10/25 11/11
13/10 14/4 14/5 16/19

16/20 16/25 23/25
24/21 25/21 27/17
28/11 31/3 34/1 34/20
35/10 38/23
times [3]  7/9 26/24
31/9
tirelessly [1]  23/19
title [1]  37/10
today [4]  4/16 14/9
22/24 23/7
today's [1]  24/20
told [5]  14/4 25/5 28/8
32/23 33/24
total [2]  5/20 37/6
totaling [1]  5/18
totally [1]  13/9
touch [3]  13/20 24/18
28/6
tough [1]  13/8
toys [1]  19/6
track [2]  13/13 22/4
trained [1]  26/20
transcript [2]  1/12
39/4
transportation [2]
6/16 32/19
transported [1]  15/13
transporting [1]  14/17
travel [2]  19/14 25/11
traveled [1]  23/10
treatment [2]  26/17
36/25
troubled [2]  11/7
11/10
troubling [1]  12/25
true [1]  27/3
trust [1]  23/18
truth [1]  22/11
try [3]  7/9 18/15 22/10
trying [1]  13/6
turn [3]  4/7 6/3 9/20
two [3]  4/13 31/2
32/13
type [4]  7/4 13/11
13/16 15/10
Typographical [1]  7/2
typos [1]  7/3

**U**

U.S [1]  1/14
unable [3]  18/16 19/4
37/23
unacceptable [1]
24/13
uncomfortable [2]
18/2 18/3
underage [1]  27/5
understand [13]  6/18
6/20 8/7 15/8 19/13
25/22 27/3 29/3 33/11
33/13 33/14 33/15
38/9
understands [1]  25/5
undid [1]  31/3
unexpected [1]  35/17
unfortunate [1]  14/5

14/7
Unfortunately [1]
21/21
UNICOR [2]  35/3 35/5
UNITED [11]  1/1 1/4
1/18 2/3 2/12 13/16
14/18 19/14 32/12
35/20 37/5
University [1]  8/4
unlawfully [1]  36/16
unpaid [1]  37/2
unresolved [2]  6/4 7/7
upbringing [1]  38/8
urgent [1]  21/7
US Clerk's [1]  35/24
usually [1]  11/1

**V**

Vanessa [1]  2/13
variety [1]  24/22
vein [1]  11/6
versus [1]  2/3
victim [1]  15/4
victims [2]  24/14
35/23
violated [1]  23/14
violates [1]  23/11
violence [1]  16/22
violent [1]  11/12
visiting [1]  7/12
visitor [1]  7/9
voice [1]  4/16
volumes [1]  11/24

**W**

wages [1]  35/4
wait [1]  29/25
walks [1]  23/2
Walsh [3]  27/7 31/25
37/1
waned [1]  24/22
want [24]  3/4 3/11 4/3
6/5 7/7 8/24 9/3 9/3
9/7 9/20 15/19 16/17
17/23 19/19 20/11
21/9 22/7 22/17 25/9
25/21 26/13 31/20
34/6 34/9
wanted [10]  8/5 12/4
12/6 20/2 20/4 23/1
27/11 29/18 31/15
36/6
wants [4]  14/18 15/5
15/15 19/9
warehouse [1]  18/21
warned [1]  21/23
warrant [2]  26/21
27/10
washed [1]  19/6
way [6]  4/20 4/24 5/13
19/19 31/12 38/11
ways [2]  22/24 24/22
webcam [2]  18/20
18/20
weight [2]  17/1 17/19
well [12]  5/13 7/8 8/19

9/12 10/12 16/12
14/24 14/24 15/23
17/5 29/10 34/6
went [5]  13/1 13/13
13/13 30/25 30/25
west [1]  13/21
Wharton [1]  30/25
wife [12]  11/5 13/1
13/1 13/5 14/7 20/24
21/9 21/17 22/8 22/8
22/18 33/9
willing [1]  22/23
Winchester [1]  2/14
wish [1]  38/13
withdrawn [1]  6/14
witness [2]  12/5 20/4
witnesses [5]  4/23
12/6 16/17 20/4 20/6
women [13]  11/8
11/15 16/22 16/23
16/24 16/24 18/14
18/15 18/20 19/1 19/5
19/10 19/12
word [1]  28/13
work [8]  4/20 22/23
23/19 34/19 34/20
34/20 35/5 38/22
worked [5]  17/14
18/14 26/6 26/11
29/20
working [3]  2/24
22/22 38/1
works [1]  35/3
world [3]  13/16 27/16
38/8
written [3]  5/24 14/10
26/1
wrong [1]  22/3
wrote [3]  13/25 14/11
14/22

**Y**

yeah [1]  23/7
year [6]  5/24 10/14
11/18 11/20 27/14
27/20
years [11]  13/22 16/20
17/4 20/25 22/15
23/23 26/7 29/14 30/3
30/10 33/16
youth [2]  21/19 36/24