**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-60075-AHS**

**UNITED STATES OF AMERICA**

**v.**

**PAUL KADRI,**

      **Defendant.**

## NOTICE ON FORFEITURE

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on forfeiture. The following property listed in the Indictment, ECF No. 1, was previously identified as subject to judicial forfeiture:

   *i.* One (1) SanDisk 3.2 Gen Thumb Drive bearing serial number 09010B69E7770C3D58CBBA.

The United States is not pursuing federal judicial forfeiture at this time.

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By:   *s/ Emily R. Stone*
       Emily R. Stone
       Assistant United States Attorney
       Florida Bar No. 092077
       99 N.E. 4th Street, 7th Floor
       Miami FL, 33132-2111
       Telephone: (305) 961-9407
       E-mail: Emily.Stone@usdoj.gov